```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                    -v-                                     :      1:24-cr-091-GHW
                                                            :
    ANDREY KOSTIN,                                          :         ORDER
    VADIM WOLFSON, and                                      :
    GANNON BOND,                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2024

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, EMILY S. DEININGER, and DAVID R. FELTON, Assistant United States Attorneys, of counsel, and with the consent of all defendants, by and through their respective attorneys, it is hereby ORDERED that the initial pretrial conference scheduled in this matter for March 7, 2024 is adjourned to March 19, 2024 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the Government time to prepare discovery and permit the parties time to discuss any pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through March 19, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

Dated: March 7, 2024
       New York, New York

                                                _____
                                                     GREGORY H. WOODS
                                                  United States District Judge