# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ANDREY KOSTIN, VADIM WOLFSON, and GANNON BOND<br><br>                    Defendants. | Case No. 1:24-cr-00091 (GHW)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

      Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert S. Silverblatt, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Vadim Wolfson in the above-captioned action.

      I am a member in good standing of the Bars of Virginia and District of Columbia. To my knowledge, there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There exist no disciplinary proceedings presently against me. This motion is supported by my declaration containing the information required by Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York and true copies of Certificates of Good Standing issued by the Supreme Court of Virginia and the District of Columbia Court of Appeals.

Dated: March 13, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Silverblatt*
　　　　　　　　　　　　　　　　　　　　　　　Robert S. Silverblatt
　　　　　　　　　　　　　　　　　　　　　　　K&L Gates LLP

1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9132
Facsimile: (202) 778-9100
rob.silverblatt@klgates.com

*Counsel for Defendant Vadim Wolfson*