**K&L GATES**

# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024

May 7, 2024

**By ECF**

The Honorable Gregory H. Woods
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: <u>USA v. Kostin, et al., Case No. 24-cr-00091-GHW</u>

Dear Judge Woods:

We represent Defendant Vadim Wolfson ("Wolfson") in the referenced action and write in response to the Court's Order, Dkt. No. 45, setting a hearing on May 9, 2024 at 3:00 p.m. to discuss Defendant Wolfson's Motion to Modify Filter Team Procedures and for Injunction Against Release or Review of Records Pending Ruling, Dkt. No. 39.

Counsel respectfully applies for leave for Defendant Wolfson not to appear at the conference pursuant to Fed. R. Crim. P. 43(b).

Respectfully submitted,

/s/ *David Rybicki*
David Rybicki

Application granted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 46.
**SO ORDERED.**

Dated: May 9, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

K&L GATES LLP
1601 K STREET, N.W.  WASHINGTON, DC 20006
T +1 202 778 9370   F +1 202 778 9100   klgates.com