

# MEMORANDUM ENDORSED

July 24, 2024

**By ECF**

The Honorable Gregory H. Woods
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Application granted in part and denied in part. The conditions of the defendant's pretrial release permit his travel between "SDNY/EDNY/WDTX/CDCA for business purposes." No modification of that condition is required. The defendant is permitted to relocate to Central District of California. His supervision may be transferred to the Central District of California in coordination with the Pretrial Services office.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 57.

  SO ORDERED.

Dated: July 24, 2024

GREGORY H. WOODS
United States District Judge

**Re:** *USA v. Kostin, et al., Case No. 24-cr-00091-GHW*

Dear Judge Woods:

    I write to request a modification of Defendant Vadim Wolfson's conditions of pretrial release to allow him to relocate for business purposes to Los Angeles, California, with supervision transferred to the Central District of California.

    Currently, Mr. Wolfson is monitored by Pretrial Services in the Western District of Texas but is permitted to travel to the Central District of California as needed for business. *See* ECF No. 31. Mr. Wolfson is successfully pursuing business opportunities in Los Angeles that require his personal supervision. As a result, rather than traveling on a frequent basis between the Western District of Texas and the Central District of California, he seeks leave to relocate to the Central District of California, with permission to travel as needed to the Southern and Eastern Districts of New York for court appearances and to the Western District of Texas, where he will continue to own property.

    Francesca Piperato of Pretrial Services has confirmed that Pretrial Services does not oppose this request. AUSA Emily Deininger has expressed that the prosecution team defers to Pretrial Services.

    Respectfully submitted,

    /s/ *David Rybicki*
      David Rybicki

CC: Francesca Piperato (via email)

K&L GATES LLP
1601 K STREET, N.W. WASHINGTON, DC 20006
T +1 202 778 9370  F +1 202 778 9100  klgates.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/2024