UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ANDREY KOSTIN et al.,

              Defendants.

Case No. 1:24-cr-00091 (GHW)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Vadim Wolfson's Motion for a Bill of Particulars, to Suppress Fruits of Searches for Lack of Probable Cause, and to Require Production of Grand Jury Materials, the Declaration of David C. Rybicki, dated November 25, 2024, and all other papers and proceedings, Defendant Vadim Wolfson will move this Court, before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on the date and time to be set by the Court, for an order for a bill of particulars, an order of suppression, an order making available grand jury materials, and such other fair and equitable relief as may be appropriate.

      PLEASE TAKE FURTHER NOTICE that Defendant Gannon Bond joins this motion and that the United States opposes it.

Dated:    November 25, 2024

                                                           /s/ David C. Rybicki
                                                           David C. Rybicki
                                                           Michael C. Harper
                                                           Robert S. Silverblatt
                                                           K&L Gates LLP
                                                           1601 K Street, N.W.
                                                          Washington, DC 20006
                                                          Telephone: (202) 778-9370

Facsimile: (202) 778-9100  
David.Rybicki@klgates.com  
*Counsel for Defendant Vadim Wolfson*