# **EXHIBIT B**

# DECLARATION OF TRUST

We, **MEDITERRANEAN NOMINEES LIMITED**

HEREBY ACKNOWLEDGE AND DECLARE

that we hold **ONE THOUSAND** ordinary shares in

## **DETNOR HOLDINGS LIMITED**

(hereinafter called "the Shares") registered in our name as Nominee of and Trustee for:

**NAILYA ASKER-ZADE**

**HOLDER OF A RUSSIAN FEDERATION PASSPORT 63 №** ▮

(hereinafter called "the Owner") and WE UNDERTAKE AND AGREE not to transfer deal with or dispose of the Shares save as the Owner may from time to time direct and further to give full effect to the trust hereby declared WE HEREBY DEPOSIT with the Owner the Certificate for the Shares. FURTHERMORE WE irrevocably assign to the Owner the right to receive any dividends which may be paid or payable to us from time to time upon the Shares or in respect thereof and WE FURTHER AGREE AND UNDERTAKE to exercise our voting powers as holders of the Shares in such manner and for such purposes as the Owner may from time to time direct or determine.

### SCHEDULE

1000 ORDINARY SHARES NUMBERED 0001-1000

OF EUR 1,00 each – in **DETNOR HOLDINGS LIMITED**

Dated on 20/05/2011

FOR AND ON BEHALF OF MEDITERRANEAN NOMINEES LIMITED

.............................  *[signature and seal: MEDITERRANEAN NOMINEES LIMITED]*

US_0002818702
GoogleSW496-0000216450