# EXHIBIT D

## DECLARATION OF TRUST

We, **DELTA NOMINEES LIMITED**

HEREBY ACKNOWLEDGE AND DECLARE

that we hold **TWO** ordinary shares in

## *LEDRIDGE INVESTMENTS LIMITED*

(hereinafter called "the Shares") registered in our name as Nominee of and Trustee for:

**ANDREY KOSTIN**

**HOLDER OF A RUSSIAN FEDERATION PASSPORT 51 №** ▮▮▮▮▮

(hereinafter called "the Owner") and WE UNDERTAKE AND AGREE not to transfer deal with or dispose of the Share save as the Owner may from time to time direct and further to give full effect to the trust hereby declared WE HEREBY DEPOSIT with the Owner the Certificate for the Share. FURTHERMORE WE irrevocably assign to the Owner the right to receive any dividends which may be paid or payable to us from time to time upon the Share or in respect thereof and WE FURTHER AGREE AND UNDERTAKE to exercise our voting powers as holders of the Share in such manner and for such purposes as the Owner may from time to time direct or determine.

## SCHEDULE

2 ORDINARY SHARES NUMBERED 00001-00002

OF USD 1,00 each – in **LEDRIDGE INVESTMENTS LIMITED**

Dated on 21/08/2013

FOR AND ON BEHALF OF DELTA NOMINEES LIMITED

*[signature]*

*[seal: DELTA NOMINEES LIMITED]*

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0013725