# EXHIBIT E

| | |
|---|---|
| **Message** | |
| **From:** | Koulla Demetriou [koullad@VASSLAW.NET] |
| **Sent:** | 7/3/2008 2:10:19 PM |
| **To:** | Pambina Votsi [pambinav@VASSLAW.NET] |

# CHRISTODOULOS G. VASSILIADES & CO.

## ADVOCATES - LEGAL CONSULTANTS

LEDRA HOUSE,
15 AGIOS PAVLOS STR.,
AYIOS ANDREAS
1105 NICOSIA - CYPRUS

TELEPHONE: 357 22 55 66 77
FACSIMILE: 357 22 77 99 99
e-mail: info@vasslaw.net
website: www.vasslaw.com

---

Pambina

Eric Whyte has just ordered another two companies:

### 1) GEDSEA HOLDINGS LTD

Beneficial owner - Eric Whyte
Nominee directors, nominee shareholder
Apostilled full set

Bank account in euro with Bank of Cyprus with CV signatory
Activities: the company will acquire a villa in France


### 2) SPENMIL MANAGEMENT LIMITED

Beneficial owner: Olga Vasilieva (Eric will send us tomorrow her russian international passport and russian internal passport)
Nominee directors, nominee shareholders
Apostilled full set

Bank account in euro with Bank of Cyprus with CV signatory
Activities: the company will become a 50% shareholder of a French company which is going to act as a management company for renting yachts and villas in France


Please send the company details (for both companies) to Mr Anton Zumstein   (email: .
Send to him the name of the company, registration number, registered address and name of director (zsag@swissonline.ch)

Thanks
Koulla

---

**MAILING ADDRESS:** P.O. BOX 24444,  P.C. 1703 NICOSIA, CYPRUS

PLEASE NOTE: The information contained in this electronic mail message is privileged and confidential and is intended only for the use of the individual(s) named in the header of this message and others who have been specifically authorised to receive such information. If you are not the intended recipient or believe you have received this message in error, please notify us immediately by telephone on +357 22 55 66 77, forward this message to info@vasslaw.net  and destroy all copies of this message. Thank you for your cooperation.

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0005682