# EXHIBIT I

## Payment Order

| Number of Payment Order | 1 | Date (dd/mm/yyyy) | 06/06/2018 |
|---|---|---|---|
| Client Name | ALTAMONTE HOLDINGS LIMITED | Account number | ▮1001 USD |

| Test Code | Bank use | Form of Remittance |
|---|---|---|
| 9477 | | ☐ Internal transfer (within RCB) |
| | | ☒ SWIFT |

### TRANSACTION DETAILS

| Currency | USD | Value date (dd/mm/yyyy) | 06/06/2018 | |
|---|---|---|---|---|
| Transaction Amount (in figures) | | Transaction Amount (in writing) | | Bank use |
| 200'923.80 | | Two hundred thousand nine hundred twenty three and 80/100 US Dollars only | | |

### BENEFICIARY DETAILS

Name of Beneficiary: 40 NORTH STAR, LLC
Address (optional): 101 South Mill Street, Suite 200, Aspen, CO 81611
Account Number: ▮3719
IBAN (if applicable):
Bank name: WELLS FARGO NA.
Bank address (optional): One Front Street, 17th Floor San Francisco, CA 94111
SWIFT: WFBIUS6S

| Details of payment | Bank use |
|---|---|
| Invoice dd 31/05/2018 | |

### INTERMEDIARY DETAILS (if applicable)

Bank name:
Bank address:
SWIFT:
Correspondent account number:

*PLEASE SEND SWIFT TO Banking@vasslaw.net*

### SPECIAL INSTRUCTIONS (if applicable)

### ADDITIONAL DETAILS

| BANK FEES | PROVIDING CONFIRMATION |
|---|---|
| ☒ OUR (applicant pays all charges) | ☒ by email Address: BANKING@VASSLAW.NET |
| ☐ BEN (beneficiary pays all charges) – cannot be used where the payer and payee are both located in EU member states and the payment transaction is in euro or another currency of an EU member state) | ☐ by fax Number: |
| ☐ SHA (applicant and beneficiary pay jointly the charges) | ☐ by mail Address: |

We acknowledge that the data contained in international credit transfers and separately requested express Credit transfers, is forwarded to the beneficiary's banks via the worldwide payment service, the Belgium based, Society for Worldwide Interbank Financial Telecommunication (SWIFT). We have been advised that, for the system security reasons, SWIFT has operating centres in Europe and the USA and as a result personal data is transferred to the USA. Further to the above, we consent to the fact that this data may be accessed by the US Authorities pursuant to local applicable laws for the purposes of combating terrorism.

By the present we authorize you to execute the above payment order.

| Signature 1 | Signature 2 |
|---|---|
| [signature] | |

Bank use

### FOR BANK USE ONLY

| Receiving Date | Verified by |
|---|---|
| | Signature |

For any enquiries please contact us on +357 22376780 in Nicosia or +357 25376780 in Limassol, Monday to Friday between 9am and 6pm

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008552

40 North Star, LLC
c/o Klein Coté Edwards Citron LLC
101 South Mill Street, Suite 200
Aspen, CO 81611

INVOICE TO:   Altamonte Holdings Limited

Aleman, Cordero, Galindo & Lee Trust (BVI) Ltd.

P.O. Box 3175

Road Town Tortola, British Virgin Islands

May 31, 2018

Property Management Services and Expenses, including estimated amounts, January 1, 2018 through May 31, 2018, and items paid to date.

TOTAL FUNDS REQUEST                                    $ 200,923.80

40 NORTH STAR, LLC

By: _Herbert S. Klein_
Herbert S. Klein, Manager

## Christiana Demosthenous

**From:** Panayiota Kouzoupi
**Sent:** 06 June 2018 12:36
**To:** Christiana Demosthenous; Accounts 2
**Cc:** MariaA Group; Banking Department / Christodoulos G. Vassiliades & Co.LLC
**Subject:** RE: ALTAMONTE HOLDINGS LIMITED

Christiana m

Fyi

I confirm that the banking details for 40 North Star LLC are the same as for previous bank transfers made. Please proceed with the transfer accordingly. Many thanks.

*Sincerely yours,*

**Panayiota Kouzoupi**
*Associate*
*Advocate*

E-mail: panayiotak@vasslaw.net



**CHRISTODOULOS G. VASSILIADES & CO. LLC**
*Advocates - Legal Consultants*

**Tel:** +357 22 55 66 77 / **Fax:** +357 22 55 66 88
**Address:** LEDRA HOUSE, 15, Agiou Pavlou Str, Agios Andreas,1105, Nicosia, Cyprus
**Website:** http://www.vasslaw.com

*More than 30 years of excellence*
Since 1984



Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individuals or entity / entities to which they are addressed. If you are not the intended recipient please do not read, copy, use, or disclose this communication and notify the sender

 Think before you print

---

**From:** Christiana Demosthenous
**Sent:** Wednesday, June 6, 2018 09:03 AM
**To:** Panayiota Kouzoupi; Accounts 2
**Cc:** MariaA Group
**Subject:** RE: ALTAMONTE HOLDINGS LIMITED

1

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008554

Please confirm with the client P m

Acc2 girls m, please see below balances
1001  Current Account USD 444,841.52
1002  Current Account EUR 0
1003  Current Account RUB 0

Best Regards,

**Christiana Demosthenous**
Officer – Payments Department
christianad@vasslaw.net



**CHRISTODOULOS G. VASSILIADES & CO. LLC**
*Advocates - Legal Consultants*

Tel: +357 22 55 66 77 / Fax: +357 22 55 66 88
LEDRA HOUSE, 15 Agiou Pavlou Str, Agios Andreas,1105,
Nicosia, Cyprus
http://www.vasslaw.com

*More than 30 years of excellence*
Since 1984

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individuals or entity / entities to which they are addressed. If you are not the intended recipient please do not read, copy, use, or disclose this communication and notify the sender.

**From:** Panayiota Kouzoupi
**Sent:** 06 June 2018 09:01
**To:** Christiana Demosthenous; Accounts 2
**Cc:** MariaA Group; Banking Department / Christodoulos G. Vassiliades & Co.LLC
**Subject:** RE: ALTAMONTE HOLDINGS LIMITED

Christiana m

You have proceeded before with similar payments to 40 North Star LLC accounts.

Could you please send us the account details you have in your records to confirm with the client, if required?

*Sincerely yours,*

**Panayiota Kouzoupi**
Associate
Advocate

E-mail: panayiotak@vasslaw.net



**CHRISTODOULOS G. VASSILIADES & CO. LLC**
*Advocates - Legal Consultants*

**Tel:** +357 22 55 66 77 / **Fax:** +357 22 55 66 88
**Address:** LEDRA HOUSE, 15, Agiou Pavlou Str, Agios Andreas,1105, Nicosia, Cyprus
**Website:** http://www.vasslaw.com

2

*More than* **80** *years of excellence*
Since 1984



Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individuals or entity / entities to which they are addressed. If you are not the intended recipient please do not read, copy, use, or disclose this communication and notify the sender


Think before you print

---

**From:** Christiana Demosthenous
**Sent:** Wednesday, June 6, 2018 08:48 AM
**To:** Panayiota Kouzoupi; Accounts 2
**Cc:** MariaA Group
**Subject:** RE: ALTAMONTE HOLDINGS LIMITED

Panayiota m good morning

Please send us the bank account details of 40 North Star LLC.

Account2 girls m, I will send you the balances of the accounts once I have it to proceed with our fees.

Best Regards,

**Christiana Demosthenous**
Officer – Payments Department
christianad@vasslaw.net


CHRISTODOULOS G. VASSILIADES & CO. LLC
*Advocates - Legal Consultants*

Tel: +357 22 55 66 77 / Fax: +357 22 55 66 88
LEDRA HOUSE, 15 Agiou Pavlou Str, Agios Andreas,1105,
Nicosia, Cyprus
http://www.vasslaw.com

*More than* **80** *years of excellence*
Since 1984

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individuals or entity / entities to which they are addressed. If you are not the intended recipient please do not read, copy, use, or disclose this communication and notify the sender.

---

**From:** Panayiota Kouzoupi
**Sent:** 06 June 2018 08:41
**To:** Banking Department / Christodoulos G. Vassiliades & Co.LLC; Accounts 2

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008556

**Cc:** MariaA Group
**Subject:** ALTAMONTE HOLDINGS LIMITED

Kalimera

Company has accounts with RCB.

Could you please prepare the payment orders to settle the attached invoices from the balance they maintain in RCB accounts?

Once payments are commenced please advise on the remaining balance to inform client.

*Sincerely yours,*

**Panayiota Kouzoupi**
Associate
*Advocate*

E-mail: panayiolak@vasslaw.net



CHRISTODOULOS G. VASSILIADES & Co. LLC
*Advocates - Legal Consultants*

**Tel:** +357 22 55 66 77 / **Fax:** +357 22 55 66 88
**Address:** LEDRA HOUSE, 15, Agiou Pavlou Str, Agios Andreas,1105, Nicosia, Cyprus
**Website:** http://www.vasslaw.com

*More than 30 years of excellence*
Since 1984



**Disclaimer:** This email and any files transmitted with it are confidential and intended solely for the use of the individuals or entity / entities to which they are addressed. If you are not the intended recipient please do not read, copy, use, or disclose this communication and notify the sender


Think before you print

4

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008557

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 06/06/2018 12:50
                                    NAME  : CGV & CO LLC
                                    FAX   : 22775563
                                    TEL   : 22556677

DATE,TIME            06/06 12:49
FAX NO./NAME         22377374
DURATION             00:00:50
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

## Payment Order

| | |
|---|---|
| Number of Payment Order: 1 | Date (dd/mm/yyyy): 06/06/2018 |
| Client Name: ALTAMONTE HOLDINGS LIMITED | Account number: ████1001 USD |
| Test Code: 9477 | Bank use: | Form of Remittance: ☐ Internal transfer (within RCB)   ■ SWIFT |

**TRANSACTION DETAILS**

| | | |
|---|---|---|
| Currency: USD | Value date (dd/mm/yyyy): 06/06/2018 | |
| Transaction Amount (in figures): 200'923.80 | Transaction Amount (in writing): Two hundred thousand nine hundred twenty three and 80/100 US Dollars only | Bank use |

**BENEFICIARY DETAILS**

Name of Beneficiary: 40 NORTH STAR, LLC
Address (optional): 101 South Mill Street, Suite 200, Aspen, CO 81611
Account Number: ████3719
IBAN (if applicable):
Bank name: WELLS FARGO NA.
Bank address (optional): One Front Street, 17th Floor San Francisco, CA 94111
SWIFT: WFBIUS6S
Details of payment: Invoice dd 31/05/2018
Bank use:

**INTERMEDIARY DETAILS (if applicable)**

Bank name:
Bank address:
SWIFT:
Correspondent account number:

**SPECIAL INSTRUCTIONS (if applicable)**

*[Stamp: PLEASE SEND SWIFT TO Banking@vasslaw.net]*

**ADDITIONAL DETAILS**

PROVIDING CONFIRMATION

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008558