# EXHIBIT L

**Document Provided
in Native Format**