# EXHIBIT S



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:      ████1001
                                        IBAN :        ████████████████1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch :  IBC Nicosia
VIRGIN ISLANDS, BRITISH                 Date :    17 OCT 2016
                                        Period :  06 MAY 2014 - 16 OCT 2016
                                        Page :    1
```

```
           Brought Forward                                                           0.00

Value date    Narrative                        Credit          Debit           Balance
_____

08 MAY 2014        ████3264\BNK          10,500,000.00                    10,500,000.00
              Inward Payment
              BENTRONIAN TRADING LIMITED INN 2673
              22125
              WRITTEN RESOLUTION OF THE SOLE SHA
              REHOLDER OF THE COMPANY DATED 08 OF
              MAY 2014
08 MAY 2014        ████9770\BNK                                 -35.00    10,499,965.00
              Account Transfer Charges
              MEMBERSHIP INTEREST
              PURCHASE AGREEMENT
08 MAY 2014        ████9770\BNK                          -9,000,000.00     1,499,965.00
              Transfer
              LEDRIDGE INVESTMENTS LIMITED
              MEMBERSHIP INTEREST
              PURCHASE AGREEMENT
09 MAY 2014        ████6KFD\BNK                                  -5.00     1,499,960.00
              Transfer
              SWIFT REQ. DD 07-090514
30 JUN 2014        ████1012\BNK                                 -16.67     1,499,943.33
              Acc. Maintenance Fee
              Account Maintenance Fee 04-06 2014
13 AUG 2014        ████D6GB\BNK                                 -15.00     1,499,928.33
              Transfer
              STMNTS REQ.DD04-080814
30 SEP 2014        ████3008\BNK                                 -50.00     1,499,878.33
              Acc. Maintenance Fee
              Acc. Maintenance Fee Q3-2014
31 DEC 2014        ████5010\BNK                                 -50.00     1,499,828.33
              Acc. Maintenance Fee
              Acc. Maintenance Fee Q4-2014
02 APR 2015        ████1297                                     -50.00     1,499,778.33
              Acc. Maintenance Fee
              Acc. Maintenance Fee Q1-2015
30 JUN 2015        ████03380                                    -50.00     1,499,728.33
```

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008379

US_0000029581
CGV_ 0008379



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:   ████ 1001
                                        IBAN   :   ██████████████ 1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch :
VIRGIN ISLANDS, BRITISH                 Date   :   17 OCT 2016
                                        Period :   06 MAY 2014 - 16 OCT 2016
                                        Page   :   2
```

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---|---|---|
| | Brought Forward | | | 0.00 |
| | Acc. Maintenance Fee | | | |
| | Acc. Maintenance Fee Q2-2015 | | | |
| 30 SEP 2015 | ████ 2223 | | -50.00 | 1,499,678.33 |
| | Acc. Maintenance Fee | | | |
| | Acc. Maintenance Fee Q3-2015 | | | |
| 17 NOV 2015 | ████ 4268\BNK | | -198.49 | 1,499,479.84 |
| | Outward Swift Charges | | | |
| 17 NOV 2015 | ████ 4268\BNK | | -113,490.34 | 1,385,989.50 |
| | Outward Payment | | | |
| | 40 NORTH STAR, LLC | | | |
| | WFBIUS6S | | | |
| | INVOICE DD 31.10.15 | | | |
| 14 DEC 2015 | ████ 4588\BNK | | -285.00 | 1,385,704.50 |
| | Outward Swift Charges | | | |
| 14 DEC 2015 | ████ 4588\BNK | | -259,540.65 | 1,126,163.85 |
| | Outward Payment | | | |
| | 40 NORTH STAR, LLC | | | |
| | WFBIUS6S | | | |
| | INV DD 09/12/2015 | | | |
| 31 DEC 2015 | ████ 1100 | | -50.00 | 1,126,113.85 |
| | Acc. Maintenance Fee | | | |
| | Acc. Maintenance Fee Q4-2015 | | | |
| 19 FEB 2016 | ████ 7595\BNK | | -285.00 | 1,125,828.85 |
| | Outward Swift Charges | | | |
| 19 FEB 2016 | ████ 7595\BNK | | -221,832.14 | 903,996.71 |
| | Outward Payment | | | |
| | 40 NORTH STAR, LLC | | | |
| | WFBIUS6S | | | |
| | INVS DD 27/01/2016 AND DD 12.02.16 | | | |
| 23 FEB 2016 | ████ ZJ0V\BNK | | -5.00 | 903,991.71 |
| | Transfer | | | |
| | SWIFT REQ 220216 | | | |
| 31 MAR 2016 | ████ 1054 | | -50.00 | 903,941.71 |
| | Acc. Maintenance Fee | | | |
| | Acc. Maintenance Fee Q1-2016 | | | |

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008380

US_0000029582
CGV_ 0008379

Case 1:24-cr-00091-GHW   Document 93-18   Filed 12/23/24   Page 5 of 6



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:   ▮▮▮▮1001
                                        IBAN :     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type:  Current Account
TRUST ROAD TOWN                         Currency:  US Dollar
PO BOX 3175, TORTOLA                    Branch :   IBC Nicosia
VIRGIN ISLANDS, BRITISH                 Date :     17 OCT 2016
                                        Period :   06 MAY 2014 - 16 OCT 2016
                                        Page :     3
```

        Brought Forward                                                              0.00

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---|---|---|
| 05 APR 2016 | ▮▮▮▮9955\BNK<br>Outward Swift Charges | | -183.89 | 903,757.82 |
| 05 APR 2016 | ▮▮▮▮9955\BNK<br>Outward Payment<br>40 NORTH STAR, LLC<br>WFBIUS6S<br>INV. DD 15.03.16 | | -98,894.12 | 804,863.70 |
| 06 APR 2016 | ▮▮▮▮S808\BNK<br>Transfer<br>SWIFT REQ 050416 | | -5.00 | 804,858.70 |
| 06 APR 2016 | ▮▮▮▮9335\BNK<br>Outward Swift Charges | | -90.00 | 804,768.70 |
| 06 APR 2016 | ▮▮▮▮9335\BNK<br>Outward Payment<br>CHRISTODOULOS G.VASSILIADES AND<br>BARCGB22<br>LEGAL SERVICES | | -2,020.00 | 802,748.70 |
| 13 APR 2016 | ▮▮▮▮27TH\BNK<br>Transfer<br>SWIFT REQ. DD 04-080416 | | -5.00 | 802,743.70 |
| 03 JUN 2016 | ▮▮▮▮5044\BNK<br>Outward Swift Charges | | -90.00 | 802,653.70 |
| 03 JUN 2016 | ▮▮▮▮5044\BNK<br>Outward Payment<br>CHRISTODOULOS G. VASSILIADES<br>BCYPCY2N<br>LEGAL SERVICES. | | -1,800.00 | 800,853.70 |
| 03 JUN 2016 | ▮▮▮▮0195\BNK<br>Outward Swift Charges | | -285.00 | 800,568.70 |
| 03 JUN 2016 | ▮▮▮▮0195\BNK<br>Outward Payment<br>40 NORTH STAR, LLC<br>WFBIUS6S<br>INV DD 15/05/2016 | | -255,828.62 | 544,740.08 |
| 07 JUN 2016 | ▮▮▮▮5NNF\BNK | | -10.00 | 544,730.08 |

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008381

US_0000029583
CGV_ 0008379



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:    ████ 1001
                                        IBAN    :   ██████████ 1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch  :
VIRGIN ISLANDS, BRITISH                 Date    :   17 OCT 2016
                                        Period  :   06 MAY 2014 - 16 OCT 2016
                                        Page    :   4
```

Brought Forward                                                            0.00

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---|---|---|
| 23 JUN 2016 | Transfer<br>SWIFT REQ 030616<br>████ 710J\BNK | | -15.00 | 544,715.08 |
| 30 JUN 2016 | Transfer<br>STMNTS REQ. DD13-170616<br>████ 0469 | | -50.00 | 544,665.08 |
| 04 JUL 2016 | Acc. Maintenance Fee<br>Acc. Maintenance Fee Q2-2016<br>████ 3R0F\BNK | | -15.00 | 544,650.08 |
| 20 SEP 2016 | Transfer<br>STMNTS REQ. DD2106-010716<br>████ 4006\BNK<br>Internal Transfer In<br>CAPITAL BUSINESS FINANCE LTD<br>ACCORDING TO AGR DD 21.07.16 | 100,000.00 | | 644,650.08 |
| 29 SEP 2016 | ████ 2763\BNK<br>Internal Transfer In<br>CAPITAL BUSINESS FINANCE LTD<br>ACCORDING TO AGREEMENT<br>DD 21.07.2016 | 100,000.00 | | 744,650.08 |
| 30 SEP 2016 | ████ 0990<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q3-2016 | | -50.00 | 744,600.08 |
| 14 OCT 2016 | ████ 7479\BNK<br>Outward Swift Charges | | -363.27 | 744,236.81 |
| 14 OCT 2016 | ████ 7479\BNK<br>Outward Payment<br>40 NORTH STAR, LLC<br>WFBIUS6S<br>INV DD 13/10/2016 | | -192,209.88 | 552,026.93 |
| | Closing Balance : | | | 552,026.93 |
| | Turnover : | 10,700,000.00 | -10,147,973.07 | |

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008382

US_0000029584
CGV_ 0008379