# EXHIBIT T

# Fwd: Altamonte main questions

| | |
|---|---|
| **From:** | Gannon Bond <gbond@fovsb.com> |
| **To:** | newterra@post.com |
| **Date:** | Thu, 01 Sep 2016 08:44:36 +0000 |

Please find below.

Best,

Gannon Bond
Family Office, V. Belyaev

Begin forwarded message:

> **From:** Ramil Khusnutdinov <Ramihus@fovsb.com>
> **Date:** August 31, 2016 at 20:54:39 GMT+3
> **To:** Gannon Bond <GBond@fovsb.com>
> **Subject: Re: Altamonte main questions**
>
> **New Call Option**
>
> По информации от Романа, Capital хотел бы заключить с Altamonte новый call option в отношении долей в 40 North Star LLC (а не как ранее в отношении акций в Altamonte). См. вложенный файл "CAPITAL BUSINESS_4_200720 Call Option new fin".
> Технически (для комфорта Capital) мы, безусловно, готовы рассмотреть данный вариант и заключить договор, но при этом стоит учитывать, что:
> 1. Опцион на уровне акций в 40 North Star LLC может привести к налоговым последствиям для Altamonte в США, т.к. на Altamonte будет выплачиваться премия (у Altamonte есть амер. налоговый номер).
> 2. Целесообразно определиться с размером премии и графиком оплаты с учетом планируемых расходов на содержание актива, процентов по кредиту от Capital (10 млн. долл) и иных возможных платежей.
> 3. Если корректно понимаю, CGV рекомендуют заключить новый call option, как и ранее, в отношении акций в Altamonte (а не акций в 40 North Star LLC).

---

**From:** Ramil Khusnutdinov
**Sent:** 31 August 2016 18:47:15
**To:** Gannon Bond
**Subject:** Altamonte main questions

1. Вексель, выпущенный Альтамонте (вексельная сумма 1 млн . долл)

   По информации от Романа Родинова, 15.12.2014 компания Pleroma приобрела Вексель у компании Becton Corp. (предположительно и со слов Романа – компания группы "Capital Business Finance") **по цене 450, 000 долл**. Однако, со слов Романа, есть информация что в целях «безопасности», данный вексель физически никогда не был "произведен". Т.к. в рамках текущего рестракта владения Проектом, Вексель был куплен компанией Альтамонте у Бетрониан (оплата в размере 1,010 млн. долл. прошла через зачет), хотелось бы уточнить в каких целях изначально выпускался Вексель, происходила оплата **450, 000 долл**. и подтвердиться, что физически Вексель не был "произведен".
   [См. вложенный файл "Pleroma-Denian-Benr_векс_Alt" (от Ромы) по маршруту движения Векселя от Becton до Bentronian.]

2. **New Call Option**
   По информации от Романа, Capital хотел бы заключить с Altamonte новый call option в отношении долей в 40 North Star LLC (а не как ранее в отношении акций в Altamonte). См. вложенный файл "CAPITAL BUSINESS_4_200720 Call Option new fin".

   Технически (для комфорта Capital) мы, безусловно, готовы рассмотреть данный вариант и заключить договор, но при этом стоит учитывать, что:
   1. Опцион на уровне акций в 40 North Star LLC может привести к налоговым последствиям для Altamonte в США, т.к. на Altamonte будет выплачиваться премия (у Altamonte есть амер.

US_0001743685
MailSW-0000006212

налоговый номер).
2.  Целесообразно определиться с размером премии и графиком оплаты с учетом планируемых расходов на содержание актива, процентов по кредиту от Capital (10 млн. долл) и иных возможных платежей.
3.  Если корректно понимаю, CGV рекомендуют заключить новый call option, как и ранее, в отношении акций в Altamonte (а не акций в 40 North Star LLC).

3. **Справочно: текущий баланс счета Альтамонте**

В мае 2014 компания Альтамонте получила от Bentronian 10,5 млн. (в качестве capital injection from Bentronian), из которых 9 млн. были потрачены на американский актив, и далее 949 585 тыс. долл потрачены на покрытие счетов от 40 North Star LLC (и небольшие расходы на сопровождение самой компании Альтамонте). **Баланс банковского счета Altamonte (на 14.06.16) составляет 544 730 долл.** (с 07.06.16 от нас инструкций на платежи в CGV не поступало, т.е. остаток средств на счете должен быть тем же). См. вложенный файл "160615 ALTAMONTE USD" и "160217 Altamonte project_payments".

[При этом стоит отметить, что Bentronian получил от Capital «живых» денежных средств на приобретение актива итого 10 млн. долл. (в виде займа). Т.е. на **500 тыс долл.** меньше, чем физически вложил в Альтамонте.
Также Бентрониан исторически заплатил по счетам North Star итого 730 135 долл., но эти расходы, как понимаю, были компенсированы через call option premium from Capital (итого Бентро получил в качестве премии 1,020,000 долл.).]

US_0001743686
MailSW-0000006212