# K&L GATES

February 27, 2025

David C. Rybicki
Partner
David.Rybicki@klgates.com

T +1 202 778 9370
F +1 202 778 9100

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:    USA v. Kostin, et al., Case No. 24-cr-00091-GHW*

Dear Judge Woods:

This letter is respectfully submitted to request that the Court issue the attached order, permitting counsel to each bring the specific electronic devices into the Courthouse and the courtroom for the hearing to be held in reference to the above-captioned matter on March 12, 2025 at 9:30 AM.

Respectfully submitted,

*/s/ David Rybicki*

David C. Rybicki