



*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 17, 2025

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Andrey Kostin, et al.**, 24 Cr. 91 (GHW)

Dear Judge Woods:

    The Government respectfully submits this joint letter pursuant to the Court's oral order, entered during the hearing held on March 12, 2025, instructing the parties to meet and confer as to the pending motion to strike certain portions of the indictment and whether a trial indictment should be submitted to the jury. The parties have conferred and agree that the preference is for no indictment to be provided to the jury. As a result, we believe that the issues raised in the pending motion to strike are moot.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

            By:    /s/
                  Emily Deininger / David R. Felton / Jane Kim
                  Assistant United States Attorneys
                  (212) 637-2472 / -2299 / -2038

cc:    Counsel of Record (by ECF)