UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    -v-<br><br>ANDREY KOSTIN et al.,<br><br>                      Defendants. | Case No. 1:24-cr-00091 (GHW)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Vadim Wolfson's Omnibus Motions *in Limine* and all other papers and proceedings herein, Defendant Vadim Wolfson will move this Court, before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on the date and time to be set by the Court, for an Order granting Defendant Vadim Wolfson's Omnibus Motions *in Limine* and such other fair and equitable relief as may be appropriate.

PLEASE TAKE FURTHER NOTICE that Defendant Gannon Bond respectfully joins in this Motion of co-defendant Vadim Wolfson.

Dated: March 28, 2025

                                              */s/ David C. Rybicki*
                                              David C. Rybicki
                                              Michael C. Harper
                                              Robert S. Silverblatt
                                              K&L Gates LLP
                                              1601 K Street, N.W.
                                              Washington, DC 20006
                                              Telephone: (202) 778-9370
                                              Facsimile: (202) 778-9100
                                              David.Rybicki@klgates.com

                                              *Counsel for Defendant Vadim Wolfson*