# **EXHIBIT 1**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 28, 2025

**By E-Mail**

David C. Rybicki
Rob S. Silverblatt
Michael C. Harper
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Emails: david.rybicki@klgates.com;
rob.silverblatt@klgates.com;
michael.harper@klgates.com
(Counsel for Vadim Wolfson)

James Kousouros
260 Madison Avenue, 22nd Floor
New York, NY 10016
Email: james@kousouroslaw.com
(Counsel For Gannon Bond)

> Re:     ***United States v. Andrey Kostin, et al.**, S2 24 Cr. 91 (GHW)*
>         **Rule 16(a)(1)(G) Disclosure of Experts**

Dear Messrs. Rybicki, Silverblatt, Harper, and Kousouros:

      Based on your request, this letter provides disclosure pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure of certain expert testimony that the Government intends to offer during its case-in-chief at trial under Rules 702, 703, and/or 705 of the Federal Rules of Evidence. Attached to this letter are the disclosures for five expert witnesses: (1) Dr. Louise Shelley, Distinguished University Professor, Schar School of Policy and Government, George Mason University, (2) FBI Supervisory Special Agent Robert J. Hanratty; (3) Alan Blake Santos, Senior Enforcement Officer, Office of Foreign Assets Control; (4) Christina Sofkos, court-certified Greek interpreter; and (5) Valentina Bren Bruzil, court-certified Russian interpreter.  If you have any objections to the introduction of testimony from these expert witnesses, or questions regarding the anticipated testimony, please advise the Government promptly. The Government reserves the right to supplement this notice or call additional expert witnesses and will promptly provide notice if the Government elects to do so. The Government does not concede that the testimony of each of these witnesses is governed by Rules 702, 703, and 705, but provides this notice in an abundance of caution.

2

The Government reiterates its request for disclosure pursuant to Rule 16(b)(1)(A) of any item within the defendant's possession, custody, or control that the defendant intends to use in the defendant's case-in-chief, and for disclosure pursuant to Rule 16(b)(1)(B) of any results or reports of physical or mental examinations or of any scientific tests or experiments that are in the defendant's possession, custody, or control, and that the defendant intends to use in the defendant's case-in-chief or that were prepared by a witness whom the defendant intends to call at trial.

Very truly yours,

MATTHEW PODOLSKY
Acting United States Attorney

by: ___/s/_____
Emily Deininger
David Felton
Assistant United States Attorneys
(212) 637-2472 / 2299

Attachments:  Disclosure as to Expert Witness Dr. Louise Shelley
Disclosure as to Expert Witness Robert J. Hanratty
Disclosure as to Expert Witness Alan Blake Santos
Disclosure as to Expert Witness Christina Sofkos
Disclosure as to Expert Witness Valentina Bren Bruzil

**Disclosure as to Expert Witness Dr. Louise Shelley**

**I.      Statement of Opinions, Bases, and Reasons**

The Government expects that Dr. Louise Shelley, Distinguished University Professor Emrita, Schar School of Policy and Government, George Mason University, will testify, based on her training and experience, regarding (1) the financial activities of Russian oligarchs and other wealthy Russian citizens, including beneficial ownership of assets through offshore shell companies, intermediaries, trust and investment fund structures, and nominee owners; and (2) the ways that Russian oligarchs evade U.S. sanctions, including the use of close associates to ensure continued access and control over their assets; the use of complex ownership structures to avoid identification, and the use of third-party jurisdictions to move funds and launder proceeds to repatriate those proceeds from the U.S. and to evade detection by law enforcement. Dr. Shelley is expected to testify, in sum and substance, as follows:

Russian oligarchs and other wealthy Russian citizens typically avoid owning assets in their own name. They use a variety of methods to shield their identity and true beneficial ownership from public records associated with the asset in question. Russian oligarchs frequently use proxies or intermediaries to set up various shell companies in offshore jurisdictions, and arrange for bank accounts in the name of the shell companies to also be opened in foreign jurisdictions. The bank accounts are frequently opened in a different jurisdiction than the offshore entity that is the nominal holder of the bank account. An intermediary or close associate of the Russian oligarch typically serves as the signatory for the bank account. The shell entities are often located in jurisdictions that are tax or corporation formation havens, such as Cyprus, Malta, Luxemburg, the Cayman Islands, Belize, the Seychelles, Panama, or the British Virgin Islands. The assets are then acquired and held in the name of the shell companies.

To further conceal the identity of the true beneficial owner, the shell companies' ownership may be obscured through the use of nominee shareholders, nominee company directors, or other opaque corporate structures such as different shell companies "nestled" or "layered" on top of each other. The nominee shareholders and nominee company directors may be provided, for a fee, by an intermediary, frequently a lawyer based in an offshore jurisdiction, who sets up and helps to administer and manage the shell companies.

To obscure their connection to and control of an asset, Russian oligarchs also often use legal structures such as trusts and foundations. The trust or foundation can be used as a nominal owner of an asset or of a shell entity, thereby adding another layer of separation between the asset and the Russian oligarch. Typically, the Russian oligarch or his family members would be named as the beneficiaries of such trusts and foundations. These legal structures can be organized pursuant to the laws of offshore jurisdictions that are tax or corporation formation havens, including the locations discussed above.

Russian oligarchs and other high-wealth Russian citizens avoid owning assets in their own name for several reasons. They may wish to circumvent tax or disclosure obligations; avoid public connection between themselves and an asset (e.g., to avoid public reporting regarding wealth held

abroad or to avoid having their name connected to an asset being used by a mistress); avoid issues relating to potential corporate raids, including the potential seizure of assets by the Russian government or politically-connected individuals should an oligarch fall out of favor; and, since at least in or about 2014, to evade sanctions that have been imposed by the United States, the European Union, and Canada. In anticipation of U.S. sanctions, in at least in or about 2014, in connection with the Russian invasion and annexation of the Crimean Peninsula, some Russian oligarchs took steps to conceal and protect their ownership of assets with a nexus to the United States, including by transferring the assets to different shell entities, legal structures, or close associates.

Russian oligarchs generally conceal any change of ownership or sale of assets by using complex financial transactions involving the shell entities and legal structures that are the nominal owners of the assets. They may also transfer nominal ownership of an asset between shell entities or legal structures for asset management purposes even when there is no change in their true beneficial ownership of and control over the asset. One method of disguising the nature of asset transfers includes using purported loans between various entities to disguise the true origin of and purposes for a transfer of money. Fake invoices may also be used to create a purported rationale for a transaction and disguise the illicit origins of proceeds.

Dr. Shelley's testimony will be based on her education and experience, including her more than 40 years as a university professor studying Russian society, corruption, and organized crime. Dr. Shelley has spent a considerable time in Russia and speaks fluent Russian. From 1997 through 2014, Dr. Shelley was involved in managing Russian organized crime study centers in Eastern Europe, which required her to frequently travel to Russia. She has lectured internationally and published on illicit economy, corruption and transnational crime and oligarchs, including in the Russian language. Dr. Shelley has also provided consulting services on legal cases involving Russian oligarchs that required her to review and analyze the financial records and corporate and legal structures used by those oligarchs. Her background and expertise have qualified her to testify before Congress on several occasions. As noted above, Dr. Shelley currently serves as a Distinguished University Professor Emerita, Schar School of Policy and Government, George Mason University. In the course of the aforementioned experience, Dr. Shelley has become familiar with the subject matter of her prepared testimony as detailed above.

Other than as specifically described above, Dr. Shelley will not be asked to opine about the specific facts of this case.

## II.    Qualifications

Dr. Louise Shelley's qualifications and publications are contained in her *curriculum vitae*, attached hereto as Exhibit A.

## III.    List of Cases

3

A list of cases, to the best of Dr. Shelley's recollection, in which, during the previous four years, she has testified as an expert at trial or by deposition is attached hereto as Exhibit B.

Date: February 26, 2025

Dr. Louise Shelley

# EXHIBIT A

**DR. LOUISE I. SHELLEY**
4538 Cathedral Avenue, N.W.
Washington, D.C.  20016
Tel: 202-244-0966; Fax: 202-244-6325
February 2025

## PERSONAL INFORMATION

Office Address:    Schar School of Policy and Government
George Mason University
3351 Fairfax Drive, MS 3B1 Rm. 712
Founders Building
Arlington, VA 22201
E-mail: Lshelley@gmu.edu

## EDUCATION:

Ph.D., Sociology, University of Pennsylvania, Sociology (1977)

Criminal Law Department, Moscow State University (1974-75)

Columbia University, International Research and Exchanges Board (IREX) Fellowship used to study in the Sociology Department, Law School and the Russian Institute (1973-74)

M.A., University of Pennsylvania, Criminology (1973)

B.A., Cum Laude, Cornell University, Penology and Russian Literature (1972)

## EMPLOYMENT HISTORY

February 2025-- Omer L. and Nancy Hirst Endowed Chair for civic intellectual emerita, Distinguished University Professor, Emerita

January 2015- Feb.2025Omer L. and Nancy Hirst Endowed Chair for civic intellectual, Affiliate appointment with SEOR (Systems Engineering and Operations Research), Volgenau School from 2021

January 2011- University Professor, School of Public Policy, George Mason University
            Fiunder and Director, Terrorism, Transnational Crime and Corruption Center

August 2007 – Professor, School of Public Policy, George Mason University
            Founder and Director, Terrorism, Transnational Crime and Corruption Center

**The American University:**

2004 – Aug. 2007  *Professor*, School of International Service
     (primary appointment)
     *Professor*, Department of Justice, Law and Society, School of Public Affairs

1997-present   *Director*, Transnational Crime and Corruption Center

1986-2004 *Professor*, Department of Justice, Law and Society, School of Public Affairs
   (primary appointment)
   *Professor*, School of International Service

1989-1992  *Chair*, Department of Justice, Law and Society, School of Public Affairs
     *Professor*, School of International Service

1982-1986  *Associate Professor*, School of Justice and School of International Service

1981-1982  *Associate Professor*, School of Justice

1977-1981  *Assistant Professor*, School of Justice

June 1978-  *IPA Social Science Program Specialist*.  Helped to formulate LEAA's correctional
January1979 policy and review its funding in the area. Office of Planning and Management, Law
Enforcement Assistance Administration

**Visiting Professorships**

Institute of Sociology, University of Oaxaca, Fall 1993, (lecturing in Spanish), Fulbright lectureship
Law Faculty, University of Trento, Spring 1993 (lecturing in Italian)

Institute of Penal Sciences, Mexico City, Spring 1993 (lecturing in Spanish)

## HONORS AND AWARDS (NOT UNIVERSITY)

Part of North American winning team on Trademarks for the protection of consumer safety during the pandemic, 2021, https://www.worldtrademarkreview.com/article/collaboration-and-consumer-safety-insights-3m-wtrs-2021-north-america-team-of-the-year

Rockefeller Foundation grant for Bellagio Center  Residence October –November 2016

Inaugural Andrew Carnegie Fellow *(2015-2017)*

2

U.S. Department of State, Speaker and Specialist Grant, discussion of <u>Dirty Entanglements: Corruption, Crime and Terrorism</u>, France, March 2015.

Gerhard Mueller Prize for contributions to international criminal justice, Academy of Criminal Justice Sciences, 2013

Distinguished Scholar Award, International Association for the Study of Organized Crime, November 2012

U.S. Department of State, Speaker Grant, Human Trafficking, Iceland, February 2011

U.S. Department of State, Speaker and Specialist Grant, Corruption, Kyrgyzstan, September 2009

U.S. Department of State, Speaker and Specialist Grant,  Human trafficking, smuggling and border issues, Tajikistan,  September 2006

U.S. Department of State, (ECA) Speaker and Specialist Grant, Anti-Corruption Program, Honduras, April 2001

U.S. Department of State, (USIA) Speaker and Specialist Grant, Anti-Corruption Program, Argentina, September 2000

USIA Academic Specialist Grants to work with Mahidol University, Thailand on Ph.D. in Criminology, 1992 and 1995, Established curriculum for PHD and served on advisory board of doctoral program

Fulbright Lecturing Fellowship to Mexico, 1993-1994

IREX  U.S.S.R. Academy of Sciences/ACLS Exchange, 1988-89

IREX Development Fellowship, 1987-88

IREX Short-Term USSR Academy of Sciences/ACLS Exchange, 1987-88

Kennan Institute Research Grant, Wilson Center, Smithsonian Institution, Spring 1986

John Simon Guggenheim Fellowship, 1984-85

National Endowment for the Humanities Summer Stipend, 1984

IREX Graduate Student and Young Professors' Exchange to Poland and Bulgaria, Grant for Summer 1982 (withdrew because of Polish political situation)

American Sociological Association grant to present paper at World Congress of Sociology, 1978

3

Fulbright-Hayes Fellowship, 1974-75, for Study at the Institute of Criminology, Cambridge University, in France and at the Criminal Law Department, Moscow State University, USSR

IREX Graduate Student and Young Professors' Exchange to the USSR, 1974-75

Slavic Honor Society

American Criminology Society Student Writing Competition Award, 1975
International Fellows Program, Columbia University, 1973-74

IREX Preparatory Fellowship, 1973-74

Teaching Fellowship, University of Pennsylvania, 1972-73


## UNIVERSITY AWARDS

Earle C Williams Presidential Medal for Faculty Excellence in Social Impact, 2022

George Mason University, School of Policy, Government and International Affairs, Scholar Award, 2015

American University School of Public Affairs: Outstanding Scholarship, Research and Other Professional Contributions, 1999

The American University Scholar/Teacher of the Year Award, 1991-92

American University Scholar of the Year Award, 1985

College of Public and International Affairs Outstanding Scholar Award, 1985

School of Justice Outstanding Scholar Award, 1985

University Summer Research Grant, 1984

School of Justice Outstanding Service Award, 1984

College of Public and International Affairs Outstanding Scholar Award, 1982

School of Justice Outstanding Scholar Award, 1982

## CONTRACTS AND GRANTS

PI, Anti-Corruption Defenders Project for Northern Central America, September 2022-September 2024  (PI)--$4 million

PI, CINA/Illicit gold and counterfeits from Peru and Columbia, CINA-DHS supported,9/1/21-12/31/2022  $212,000

NSF, PI,  with Edward Huang, co-PI  D-ISN: TRACK 1: Collaborative Research: An Interdisciplinary Approach to Understanding, Modeling, and Disrupting Drug and Counterfeit Illicit Supply Chains, October 1, 2020-September 30, 2025, $649,000, suuplements $250,000

Department of State, Counter-Terrorism Statistical Annual Reporting subcontract to DSG, PI for GMU, 2018-25, (approx. $5 million)

USAID, Targeting Natural Resource Corruption (subcontract to WWF), PI for GMU, 2018-2021, (approx.$270,000)

NSF Eager Grant, PI (with Edward Huang, co-PI), EAGER: ISN: A New Multi-Layered Network Approach for Improving the Detection of Human Trafficking. Illicit supply chain program, September 2018- August 2022, (approx. $296,000)

DHS/CINA:Human Trafficking Hubs, 2017-2018, PI, $150,000

Department of State, Research and Training on Illicit Markets for Iraqi and Syrian Art and Antiquities Total $399,984,  September 2017 – January 2019

USAID, Counter wildlife trafficking and ivory poaching in Tanzania
 grant of $198,000, 2016 (co-principal investigator)

US State Department, Time to Take Action: Working Globally to Identify and Counter the TOC Networks behind Rhino Poaching, October 1, 2014-September 30, 2015, $367,000

Woodtiger Foundation for work on illicit wildlife trade  March, 2014 $110,000

WWF South Africa, work to counter poaching in rhinos, $140,000 (first phase), May 2014

MacArthur Foundation,  for, "Combating Criminal Involvement in Nuclear Trafficking, " (with Professor Orde Kittrie of Arizona State University), $185,000, 2013-2014.

Jacobs Technology, Analysis of Illicit Trafficking in Central Asia, 8/2/2010-7/31/2011 $553,919

DTRA, Managing Non-Traditional Challenges
$43,987.00 12/2009-3/2010

United States Department of Justice, USAID and U.S. Department of State grants: Russian Organized Crime Study Centers, approx. $5,000,000 (1997- May 2014)

5

Open World Leadership Program, 2003-2010, Programs with Russia, Ukraine, Tajikistan and Kyrgyzstan (approx. $600,000)

United States Department of Energy: The Threat to Russia's Nuclear Materials: Case Study of Novosibirsk, $350,850 (12/07/05-12/31/06)

United States Department of State: Human Trafficking Awareness for Local Government Officials and Law Enforcement, 250,000 (9/01/05-2/28/07)

International Research and Exchange Board: Smuggling Links between Terrorist and Organized Crime Groups in Eurasia, $30,000 (8/01/2005-7/30/2006)

Ploughshares Fund: Nuclear Smuggling Links between Terrorist and Organized Crime Groups in Eurasia, $25,000 (10/17/05-10/17/06)

Open World Leadership Program: Exploring Economic Reform and Development, $65,285 (7/1/05-12/31/05)

United States Department of Energy: Organized Crime, Corruption and Nuclear Proliferation in Dagestan and Chelyabinsk, $260,000 (9/1/04-6/30/05)

United States Department of Justice and U.S. Department of State grants: Ukrainian Organized Crime Study Centers, approx. $1,000,000 (1997-2005)

United States Department of Justice and U.S. Department of State grants Organized Crime Study Centers in Georgia, approx. $1,000,000 (ongoing 2002-2006)

United States Department of Justic eand U.S. Department of State grants: Research on Money Laundering in Georgia, approx. $350,000 (ongoing 2002-2005)

Open World Leadership Program: Exploring Economic Reform and Development, $90,024 (5/1/04-12/31/04)

National Institute of Justice: Links Between Organized Crime and Terrorism, $235,810 (9/1/03-2/28/05)

Open World Leadership Program: Exploring Economic Reform and Development, $160,338 (6/1/03-12/31/03)

IREX/Starr Family Foundation: Black Sea Grant, Corruption in Higher Education, 2002-2003

U.S. Library of Congress Open World Russian Leadership Program: Exploring Economic Reform and Development, $119,915 (7/1/02-11/30/02)

6

U.S. Border Patrol Academy (Vertex Solutions): Curriculum Design and Technical Implementation, $140,000 (10/1/02-12/31/04)

McCormick Tribune Foundation: Cantigny Conference on Transnational Organized Crime and Peacekeeping; $10,000 (9/1/01-10/20/01)

World Bank: Russian Case Study of Project of Criminal and Civil Violence, $20,000

U.S. State Department Bureau of International Narcotics and Law Enforcement Grant: To Develop a Model Course Curricula for Use in Law Enforcement Training in the Prevention, Enforcement, and Prosecution of Human Trafficking Crimes, and Protection and Rehabilitation of Victims, $347,000 (1999-2000)

U.S. State Department (*former USIA*) Grant for Trafficking in Human Beings Research in Russia and Ukraine, approx. $120,000 (1999-2000)

U.S. Department of Justice, USAID and U.S. Department of State grant: Research on Money Laundering in Russia, $247,000 (1997-2002)

MacArthur Foundation: Organized Crime Study Centers in Russia, approx. $100,000 (1995-1997)

National Council for Soviet and East European Research, 1992-93 (The Soviet Coup Trial), 1986-87 (Policing Soviet Society) and 1980-81 (Lawyers in Soviet Work Life)

American Bar Association Commission on Undergraduate Legal Studies: Grant to develop a General Education Course on Western Legal Tradition (7 out of 80 proposals funded), 1992


## LANGUAGES

Fluent in French, Russian, and moderate fluency in Spanish and Italian


## PROFESSIONAL MEMBERSHIPS

Professional Societies:
American Sociological Association, American Society of Criminology, American Association for Slavic, East European, & Eurasian Studies

Advisor to Conseil Supérieur de la Formation et de la Recherche Stratégiques (Paris, France)

Council on Foreign Relations


## EDITORIAL OFFICES

Editorial Board, *Russian Law*, 2005-2015

Editorial Board, *Demokratizatsiya: The Journal of Post-Soviet Democratization*, co-editor in chief. 1992-2000

Editorial Board, *Journal of Human Trafficking*, 2015 to now

Scientific Board, *Power Institutions in Post-Soviet Societies, 2004 -2012*

Editorial Board, *European Journal on Criminal Policy and Research, 2003 -2019*

Editorial Board, *Global Crime*, 2004 -2010

Co-Editor, *Trends in Organized Crime*, 1995-2001.

Editorial Board, *Transnational Organized Crime*, 1995-2004

Editorial Board, *International Annals of Criminology*, 1983-2000

Advisory Board, Law and Justice Journal, Queensland University of Technology, 2003-14

Associate Editor for North America, *International Annals of Criminology*, 1986-2010

Associate Editor, *Justice Quarterly*, 1983-87

Editorial Consultant, *Journal of Criminal Law and Criminology*, 1982-2010

Editorial Board, *International Criminal Justice Review*

## PROFESSIONAL OFFICES AND ACTIVITIES

CINA (Criminal Investigations and Network Analysis), A DHS (Department of Human Security) Center of Excellence at George Mason University, Member of Scientific Committee, 2017-to present

Member of the Institute for a Sustainable Earth, George Mason University

Co-Moderator/Convenor of the Anti-Corruption Advocacy Network (approx. 1000 members), 2016 to the present

Member of the Advisory Board, Strategic Studies, CNAM, Conservatoire national des arts & métiers, Paris, France

Economies of Violence Project, CNAM, 2020 -2022

Vice-President, FITS, International Forum on Technology and Security, 2015 -17

 Human Trafficking group, Illicit Trade Task Force of the OECD, 2013-18

Co-chair, Human Trafficking working groups, Global Agenda Councils, World Economic Forum, 2013-2015

Member, Global Initiative on Transnational Organized Crime, 2013 on

Member, Council on Foreign Relations, 2012 on

Co-Chair, Global Agenda Council on Organized Crime, World Economic Forum, 2010-2011

Global Agenda Council on Organized Crime, World Economic Forum 2010 to 2014

Global Agenda Council on Illicit Trade, World Economic Forum 2008 -2010

Advisory Board, Istanbul Conference on Democracy and Global Security, 2005, 2007

Book Award Committee, Law and Society Association, 2006

Scientific Commission, International Society of Criminology, 2006-2010.

Sellin-Glueck Award Committee of the American Society of Criminology, 2005-2006

Program Committee, Academy of Criminal Justice Sciences, 2003

Board of Directors, International Society of Criminology (ISC), 2000-05

Program Committee, American Society of Criminology, 2000

Fulbright Selection Committee for the Discipline of Criminology, 1995-98

Chair, Research Committee No. 29 for Deviance and Social Control, International Sociological Association, 1990-94

Board Member, American Association for the Advancement of Slavic Studies (AAASS); (ASA Representative), 1987-90

Program Committee, AAASS 1990 Annual Meeting

First Vice-President, Research Committee for Deviance and Social Control, ISA, 1986-90

Board Member, Research Committee for Deviance and Social Control, ISA, 1985-94

America's Award Committee, American Sociological Association, 1988-1992

Board of Directors, International Division, ASC, 1985-1990

Secretary, Eastern Sociological Society, 1986-89

Program Committee, American Society of Criminology (ASC), 1985 and 1994 Annual Meetings

Local Arrangements Committee, World Congress of Slavic Studies, 1985

Chair, Division of International Criminology, ASC, 1983-85

Newsletter editor, Division of International Criminology, ASC, 1985-87

Secretary, International Division, ASC, 1981-83

International Liaison Committee, ASC, 1979-80

Local Arrangements Committee, ASC, National Meeting, 1981

Local Arrangements Committee, AAASS, National Meeting, 1982

## CONSULTING EXPERIENCE

Consulting on legal cases involving litigation concerning organized crime issues, corruption, corporate raiding, transnational crime, asylum cases, reviews of research on transnational crime, expert witness on asylum cases

## EXPERT TESTIMONY

Testified before the House Committee on Science, Space and Technology in a virtual hearing entitled, Data Challenges Impacting Human Trafficking Research and Development of Anti-Trafficking Technology Tools, Feb. 8, 2022, https://science.house.gov/hearings/data-challenges-impacting-human-trafficking-research-and-development-of-anti-trafficking-technological-tools.

Testified before the House Financial Services Committee in a virtual hearing entitled, "Ending Exploitation: How the Financial System Can Work to Dismantle the Business of Human Trafficking, March 23, 2021; https://financialservices.house.gov/calendar/eventsingle.aspx?EventID=402072

Spoke at George Mason University and Representative David Trone, Congressional Staff Luncheon Briefing on International Fentanyl Trafficking, January 13, 2020.

Participated in Roundtable discussion, Armed Conflict and Women, CFR briefing for Congressional staff on human trafficking and conflict, July 10, 2019.

Spoke at Congressional briefing, National Security Briefing: "Natural Security: The Role of Global Conservation in Protecting U.S. Interests," Rayburn Building, Feb 28, 2019.

Spoke at Congressional briefing, National Security Briefing: "Natural Security: The Role of Global Conservation in Protecting U.S. Interests," Dirksen Building, July 25, 2018.

Testified before the Commission on Security and Cooperation in Europe (the Helsinki Commission), The Opioid Crisis and the Dark Web: How Transnational Criminals Devastate U.S. Communities, March 28, 2018, https://www.csce.gov/international-impact/events/opioid-crisis-and-dark-web.

Testified before the Terrorism and Illicit Finance Subcommittee of the House Financial Services Committee at the hearing "Exploring the Financial Nexus of Terrorism, Drug Trafficking and Organized Crime," March 20, 2018, https://financialservices.house.gov/calendar/eventsingle.aspx?EventID=403234 (for video and statement)

Testified before the Subcommittee on Oversight and Investigation, House Financial Services Committee, *Human Trafficking and U.S. Financial Markets*, Jan. 30, 2018, https://financialservices.house.gov/calendar/eventsingle.aspx?EventID=402952 (for video and statement).

Testified before the Commission on Security and Cooperation in Europe (the Helsinki Commission), *"A Hazy Crisis: Illicit Cigarette Smuggling in the OSCE Region,"* July 19, 2017, https://www.youtube.com/watch?v=HK8U8z9xZOk.

Testified before the Counterrorism and Intelligence Subcommittee, Homeland Security Committee, *Following the Money: Examining Current Terrorist Financing Trends and the Threat to the Homeland*, May 12, 2016.

Testified before Task Force to Investigate Terrorism Financing, *"Could America Do More? An Examination of U.S. Efforts to Stop the Financing of Terror"* September 9, 2015.

Testified before the United States Senate's Committee on Foreign Relations, Subcommittee on European Affairs, on *Combating Transnational Crime and Corruption in Europe*, October 30, 2003.

11

Testified before the House Committee on International Relations, Subcommittee on International Terrorism, Nonproliferation and Human Rights on *Human Trafficking: Transnational Crime and Links with Terrorism*, June 25, 2003.

Testified before the U.S. House of Representatives' Committee on Banking and Financial Services on *Money Laundering/Transnational Financial Crime and Corruption: A High Priority for the 21st Century*, September 21, 1999.

Testified before the Commission on Security and Cooperation in Europe (the Helsinki Commission) on *Corruption in the Former Soviet Union*, July 21, 1999.

Testified before the Commission on Security and Cooperation in Europe (the Helsinki Commission) on *Sex Trade: Trafficking of Women and Children in Europe and the United States*, June 28, 1999.

Testified before the U.S. House of Representatives' International Relations Committee on *The Threat of International Organized Crime and Global Terrorism*, October 1, 1997.

Testified before the U.S. House of Representatives' International Relations Committee on *The Threat of Russian Organized Crime*, April 30, 1996.

Testified before the Committee on Security and Cooperation in Europe on *Corruption and Crime in the Former Soviet Union*, June 10, 1994.

Testified before the Mexico City Legislature at its forum on *Victimology*, December 11, 1993.

Testified with a Supreme Soviet Delegation before the Commission on Security and Cooperation in Europe (the Helsinki Commission) on *The New and Improved Supreme Soviet and the Institutionalization of Human Rights Reform*, November 28, 1989.

Testified before the Commission on Security and Cooperation in Europe (the Helsinki Commission) on *The Implementation of the Helsinki Accords: A Changing Soviet Society*, May 17, 1989.

Testified before U.S. House of Representatives' Foreign Affairs Committee Subcommittee on *Europe and the Middle East*, March 1988, and Subcommittee on Human Rights, May 1988.


## PUBLICATIONS

### Books and Monographs

Antiquities Smuggling in the Real and Virtual World, ed. With Layla Hashemi (Routledge, 2022).

Dark Commerce: How a New Illicit Economy Is Threatening Our Future
 Princeton University Press, 2018, paperback edition in 2020; edition in Chinese Taipei:Linking,
2023.

Dirty Entanglements: Corruption, Crime and Terrorism  Cambridge University Press, 2014.

Human Security, Transnational Crime and Human Trafficking: Asian and Western Perspectives
(edited with Shiro Okubo), London and New York: Routledge, 2011, released in paperback
2013.

Human Trafficking: A Global Perspective  New York and Cambridge: Cambridge University
Press, 2010 (under contract with Cambridge for a revised edition)

Organised Crime and Corruption in Georgia edited with Erik R. Scott and Anthony Latta ,
London and New York: Routledge, 2007.

Human Traffic and Transnational Crime: Eurasian and American Perspectives edited with Sally
Stoecker  Lanham, Md: Rowman and Littlefield, 2004.

Izucheniye organizovannoy prestupnosti: rossiisko-amerikanskii dialog, edited with Ninel
Kuznetsova and Yu. G. Kozlov, Moscow: Olimp, 1997.

Policing Soviet Society: The Evolution of State Control, London: Routledge, 1996.

Social Changes, Crime and the Police, edited with Jozsef Vigh Reading: Harwood Press, 1995,
Reissued 2023 by Routledge Library Editions: Police and Policing.

Crime and Control in Comparative Perspective, edited with H.G. Heiland and H. Katoh.  Berlin:
Walter de Gruyter, 1992.

Crime and Development (edited special issue), International Annals of Criminology, 1986, Vol.
24, Nos. 1 and 2.

Lawyers in Soviet Work Life, Law, Crime and Deviance Series, Rutgers University Press, 1984.

Crime and Modernization, The Impact of Industrialization and Urbanization on Crime, Southern
Illinois University Press, first printing, March 1981, second printing, March 1982.  Translated into
Chinese, published Bejing: Public Publishing House, 1987.

Readings in Comparative Criminology, Southern Illinois University Press, 1981 (edited
Collection).

History Without Jews, B'Nai B'rith, 1977.

13

**Articles**

"Modelling and Disrupting Counterfeit N95 Respirator Supply Chains,"  with Edward and Layla Hashemi  in *Advanced Engineering Informatics*,Vol.64, March 25, 2025, doi;103084.

"Counterfeit PPE: Substandard Respirators and their Entry into Supply Chains in Major Cities (with Layla Hashemi and Edward Huang) , *Urban Crime : An International Journal*,  Vol 3. No.2 (September 2022): 74-109, https://doi.org/10.26250/heal.panteion.uc.v3i2.290.

"Combating Sex Trafficking: Examining the Spatial Distribution of Hotels in Urban Areas that Facilitate Sex Trafficking in the US" (with Edward Huang and Chu-Chuan Jeng), Urban *Crime: An International Journal*, special issue, "Human trafficking and Urban Safety: Exploring pathways to prevention, protection, partnerships, and beyond", Vol. 3, No.1 (April 2022), pp. 128-158).

"Combating Sex Trafficking: The Role of the Hotel -- Moral and Ethical Questions" (with Chu-Chuan Jeng, Edward Huang, Sarah Meo), Feb. 2022, *Religions,* 13(2), 138-156; https://doi.org/10.3390/rel13020138.

"Hotels and Sex Trafficking: Why There is a Need for Effective Corporate Social Responsibility, (with Sarah Meo), November 2021, https://www.globalpolicyjournal.com/blog/11/11/2021/sex-trafficking-and-hotels-why-there-need-effective-corporate-social-responsibility

"Opportunities for Transdisciplinary Science to Mitigate Biosecurity Risks from the Intersectionality of Illegal Wildlife Trade with Emerging Zoonotic Pathogens,"  (with A Alonso Aguirre, Meredith L Gore, Matt Kammer-Kerwick, Kevin M Curtin, Andries Heyns, Wolfgang Preiser), *Frontiers in Ecology and Evolution, section Conservation and Restoration Ecology, February 2021,* https://doi.org/10.3389/fevo.2021.604929.

КОНТРАБАНДА СИГАРЕТ И КОРРУПЦИЯ НА УКРАИНЕ: СОВРЕМЕННЫЕ ВЫЗОВЫ И НОВЫЕ ТЕНДЕНЦИИ (Contraband Cigarettes and Corruption in Ukraine: Contemporary Challenges and New Tendencies) with Yulia Krylova ,  Всероссийский криминологический журнал  (All Russian Criminological Journal)  2020. Т. 14, № 5. Рр. 758–763, November 2020), DOI 10.17150/2500-4255.2020.14(5).758-763.

"Illicit Trade and Terrorism," *Perspectives on Terrorism*, Vol. 14, No. 4 (August 2020): 7-20.

"Criminal Street Gangs and Domestic Sex Trafficking in the United States: Evidence from Northern Virginia," (with Yulia Krylova), *Crime, Law and Social Change* (2023). https://doi.org/10.1007/s10611-023-10088-9.

"Simulating Counterfeit Personal Protective Equipment (PPE) Supply Chains During Covid-19," (with L. Hashemi, C. C. Jeng, A. Mohiuddin, E. Huang ), 2023, In *B. Feng, G. Pedrielli, Y. Peng, S. Shashaani, E. Song, C. Corlu, L. Lee, E. Chew, T. Roeder, & P. Lendermann (Eds.,) Proceedings of the 2022 Winter Simulation Conference (WSC)*, Singapore, 2022, pp. 521-532, doi: 10.1109/WSC57314.2022.10015398.

"Revisiting the Problem of Organized Crime in Post-Soviet Development," *Demokratizatsiya: The Journal of Post-Soviet Democratization,* Vol. 30, No. 4 (Fall 2022), p.411-19.

"Illicit Wildlife Trade, Wet Markets and COVID-19: Preventing Future Pandemics," (with A. Alonso Aguirre, Richard Catherina, Hailey Frye), *World Medical &Health Policy* 2020, https://onlinelibrary.wiley.com/doi/abs/10.1002/wmh3.348.

"Fentanyl, Covid-19, and Public Health," *World Medical & Health Policy* 2020 https://doi.org/10.1002/wmh3.355.

"Human Trafficking Network Investigations: The Role of Open Source Intelligence and Large-Scale Data Analytics in Investigating Organized Crime," (with Leah F. Meyer), *International Journal on Criminology* Vol. 7, No. 2 (spring 2020), pp. 87-100.

"Corruption and Illicit Trade," Daedalus Summer 2018, Vol. 147, No. 3, pp. 127–143.

"Human Trafficking at Sea" (review essay), WSQ, *vol. 45, No. 1-2, Spring/Summer* 2017, 305-309.

Nouvelles menaces, hybrides, etc., une vision américaine (in English), Sécurité Globale, No. 7, 2016, 153-59.

"Karachi: Organized Crime in a Key Megacity," (with Nazia Hussain), Connections: The Quarterly Journal 15, no.3, 2016, 5-15.

"Dirty Entanglements: Global Terrorism and Organized Crime," International Reports of the Konrad Adenauer Stiftung, Issue 1, April 2016, 83-94.

"Human Trafficking: Fighting the Illicit Economy with the Legitimate Economy, " with Christina Bain, Social Inclusion, Volume 3, Issue 1, 2015, pp.140-44.

"The Diverse Facilitators of Counterfeiting: A Regional Perspective," Journal of International Affairs, Vol. 66, no. 1 (Fall/Winter 2012), pp. 19-37.

"The Relationship of Drug and Human Trafficking: A Global Perspective," European Journal on Criminal Policy and Research Volume 18, Issue 3 (2012), pp, 241-253.

15

"The Nexus of Organized Crime and Terrorism: Two Case Studies in Cigarette Smuggling."
(With Sharon A. Melzer) International Journal of Comparative and Applied Criminal Justice
Vol.32, No.1 (Spring 2008), pp.43-63.

"Trafficking in Nuclear Materials: Criminals and Terrorists," Global Crime  Vol. 7 (no.3-4
August-November 2006), pp.544-560.

"Le crime transnational, une menace pour les États?" , Les Grands Dossiers des Sciences
Humaines, No. 2, mars, avril, mai, 2006,  pp. 20-23.

"The Drug Trade in Contemporary Russia." China and Eurasia Quarterly, Vol. 4, No. 1 (2006),
pp. 15-20.

"The Diversity of the Crime-Terror Interaction," (with John Picarelli). International Annals of
Criminology, Vol 43-1/2, 2005, pp. 51-81.

"Methods and Motives: Exploring Links between Transnational Organized Crime and
International Terrorism," (with John Picarelli) Trends in Organized Crime vol. 9, no.2 (Winter
2005, pp.52-67.

"The Unholy Trinity: Transnational crime, corruption, and terrorism." Brown Journal of World
Affairs, Vol. 11, no. 2, Winter/Spring 2005, pp.101-111 and published as "La Trinidad No
Santa:delincuencia transnacional, corrupcíon y terrorismo," in Caderno CRH (Centro de
Recursos Humanos), Salvador. V. 20, n.49. (Jan-April 2007), pp.151-59.

"Unraveling the Criminal Nexus," Georgetown Journal of International Affairs (Winter/Spring
2005), p.5-13.

 "Terrorist Financing", Annals of International Criminology , vol. 12, no1/2, 2004,  pp.101-113.
Translated into Spanish and published  as "El financiamiento del Terrorismo" in No. 4
Newsletter (April 2005) of the Revista de Opinion Juridica.

 "The Trade in People in and from the Former Soviet Union," Contemporary Crises, 2-3, 40,
2003, pp.231-49.

"Global  Crime Inc," (With Chris Corpora and John Picarelli) (in French) Les Cahiers de la
Securite Interieure No.52, deuxieme trimester 2003), pp.9-34.

"Trafficking in Women: The Business Model Approach," Brown Journal of World Affairs
Vol.X, Issue I, Summer/Fall 2003, pp. 119-131.

"Crime and Corruption: Enduring Problems of Post-Soviet Development," Demokratizatsiya
Vol.11, No.1, Winter 2003, pp.110-114.

"Torgovliia zhenshchinami, kriminal i korruptsiia," (Trade in Women, Criminal and Corruption)," <u>Dialog Zhenshchin</u> 18/24, 2002, pp. 13-18.

"Rossia I korruptsiia: Kto kovo," <u>Chistye Ruki</u>, No. 5, 2002, pp. 21-3.

"The Nexus of Organized Crime and International Criminals and Terrorism," <u>International Annals of Criminology</u> Volume 40, no.1-2, 2002, 85-92.

"Can Russia Fight Organized Crime and Corruption," <u>The Tocqueville Review/La Revue Tocqueville</u> Vol. XXIII, No.2, 2002, pp.37-55.

"Methods Not Motives: Implications of the Convergence of International Organized Crime and Terrorism" (with John Picarelli)  in <u>Police Practice and Research:An International Journal</u>, 2002, Vol.3, No.4, pp.305-318.

 "Identifying, Counting and Categorizing Transnational Criminal Organizations," <u>Transnational Organized Crime</u> Vol 5, No.1.  (Spring 1999, released in 2002),  pp.1-18.

"Post-Communist Transitions and the Illegal Movement of Peoples: Chinese Smuggling and Russian Trafficking in Women," <u>Annals of Scholarship</u>,  Vol.14, No. 2 (Fall 2000, released in 2002), pp. 71-84.

 "Transnational Crime: The Case of Russian Organized Crime and the Role of International Cooperation in Law Enforcement," <u>Demokratizatsiya</u>, Winter  Vol.10, No.1, 2002 , pp.49-67.

"Crime as the Defining Problem: Voices of Another Criminology," <u>International Annals of Criminology</u>. Vol. 39, No. 1/2, 2001, pp. 73-88.

"Russia Finally Adopts a Law to Combat Money Laundering: New Law Narrowly Focused; Does Not Include Capital Flight," (with Ethan Berger) <u>Russia/Central Europe Executive Guide</u>. Vol. 11, No. 19, October 2001, pp. 9-12.

"Corruption and Organized Crime in Mexico and the Post-PRI Transition," <u>Journal of Contemporary Criminal Justice</u>," Vol. 17, No.3, August 2001, pp. 213-231.

"Corruption in the Post-Yeltsin Era: Why a corrupt state can't be a strong state," <u>East European Constitutional Review</u>, Vol. 9, No. 1 and 2, 2000, pp.70-74.

"Transnational Organized Crime and Seized Assets: Moral Dilemmas Concerning the Disposition of the Fruits of Crime," <u>Maastricht Journal of European and Comparative Law,</u> Vol.7, No.1, 2000, pp.  35-50.

"Prosecuting Transnational Crimes: Cross-Cultural Insights for the Former Soviet Union," <u>Syracuse Journal of International Law and Commerce</u>, Vol. 27, No.1, 2000, pp.45-57.

17

"The Political-Criminal Nexus: Russian-Ukrainian Case Studies," <u>Trends in Organized Crime,</u> Spring 1999, Vol. 4, No. 3, pp. 81-107.

"Transnational Organized Crime in the United States: Defining the Problem," <u>Kobe Law Journal,</u> 1998, No.32, pp. 77-91.

"Organized Crime and Corruption in Ukraine: Impediment to the Development of a Free Market Economy," <u>Demokratizatsiya,</u> Fall 1998, Vol. 6, no.4, pp. 648-663.

"La Transnacionalizacion Del Crimen Organizado," <u>Quorum,</u> March-April 1998, Vol. VII, no.59, pp. 139-148.

"Crime and Corruption in the Digital Era," <u>Journal of International Affairs,</u> Spring 1998, Vol. 51, no.2, pp.179-194.

"Stealing the Russian State," <u>Demokratizatsiya,</u> Vol. 5, No. 4, Fall 1997, pp. 482-492.

"Eradicating Crime Groups: Proliferation of Cartels Around World Threatens to Overwhelm Governments," <u>Foreign Service Journal,</u> Vol.74, No. 8, September 1997, pp.18-23.

"Paying the Price," <u>The Russian,</u> April 1997, pp. 14-17.

"The Price Tag of Russia's Organized Crime," <u>Transition,</u> The World Bank, February 1997, pp. 7-8.

"Criminal Kaleidoscope: The Diversification and Adaptation of Criminal Activities in the Soviet Successor States," <u>European Journal of Crime, Criminal Law and Criminal Justice,</u> No. 3, 1996, pp.243-256.

"Post-Soviet Organized Crime: A New Form of Authoritarianism," <u>Transnational Organized Crime,</u> Vol.2, No.2-3, 1996, pp.122-38.

"Privatization and Crime: The Post-Soviet Experience," <u>Journal of Contemporary Criminal Justice,</u> Vol.11, No.4, 1995, pp.244-256.

"Post-Soviet Organized Crime and the Successor States," <u>International Annals of Criminology,</u> Vol.33 nos.1-2, 1995, pp.169-90.

"Post-Soviet Organized Crime: Problem and Response," <u>European Journal of Criminal Research,</u> Vol. 3, no.4, 1995, pp.7-25.

"Post-Soviet Organized Crime and the Rule of Law," <u>John Marshall Law Review,</u> Vol.28, Summer 1995, No.4, pp.827-45.

"Democracy is Not Dead in Russia," <u>Demokratizatsiya,</u> Vol. III, No.1, Winter 1995, pp.36-37.

"The Rule of the Mafiya," Eurasian Reports, Winter 1994-95/Vol.4, No.1, pp.3-12.

"Transnational Organized Crime: An Imminent Threat to the Nation State," Journal of International Affairs, Vol.48/No.2 (Winter 1995), pp.463-489.

"Organized Crime in the Former Soviet Union," Problems of Post-Communism, Vol. 42, No.1 (Jan.-Feb. 1995), pp.56-60.

"The Sources of Soviet Policing," Police Studies, Vol. 17, No.2, 1994, pp.49-65.

"Post-Soviet Organized Crime," Demokratizatsiya, Vol. II, No.3, (Summer 1994), pp.341-58.

"Mafia and the Italian State: The Historical Roots of the Current Crisis," Sociological Forum, Vol.9, No.4, 1994, pp.661-672.

"Post-Soviet Organized Crime: Implications for the Development of the Soviet Successor States and Foreign Countries," Criminal Organizations, Vol. 9, No.1, 1994, pp.14-22.

"Policing Soviet Society: The Evolution of State Control," Law and Social Inquiry, Vol. 15, No. 3, Summer 1990, pp. 479-520.

"Crime and the Soviet Union," Tartu Ulikoolo Toimentised, No. 889 (Journal of Tartu University), Tartu, Estonia, 1990, pp. 24-59.

"The Soviet Militsiia: Agents of Political and Social Control," Policing and Society, Vol. 1, Issue 1, Spring 1990, pp. 39-56.

"Human Rights as an International Issue," Annals of the American Academy of Political and Social Science, Vol. 56, November 1989, pp. 42-57.

"Helsinki Watch Mission to the U.S.S.R.," Human Rights, American Bar Association Press, Winter 1989-90, Vol. 16, No. 3, pp. 36-43.

"Interpersonal Violence in the Soviet Union," Violence, Aggression and Terrorism, Vol. 1, No. 2, 1987, pp. 41-67.

"The Political Function of Soviet Courts: A Model for One Party States," Review of Socialist Law, No. 3, 1987, pp. 263-283.

"Soviet Defense Counsel: Past as Prologue," American Bar Foundation Research Review, 1987:4, pp. 835-848.

"Soviet Courts as Vehicles for Political Maneuver," Soviet Union 13, Part 2, 1986, pp. 163-186.

"Crime and Modernization Reexamined," <u>International Annals of Criminology</u>, Vol. 24, Nos. 1 and 2, 1986, pp. 7-21.

"Criminalité et développement économique: Une analyse internationale longitudinale," (with Richard Bennett) <u>Annales de Vaucresson</u>, Vol. 22, No. 1, 1985, pp. 13-32.

"American Crime: An International Anomaly," <u>Comparative Social Research</u>, Vol. 8, 1985, Greenwich, Connecticut: JAI Press, pp. 81-95.

"Soviet Justice," <u>Problems of Communism</u>, (July-August) 1985, pp. 69-73.

"Interviews mit emigrierten sowjetischen Juristen," <u>Ost Europa</u>, October 1984, pp. 796-803.

"Female Criminality in the 1920's: A Consequence of Inadvertent and Deliberate Change, <u>Russian History</u>, Vol. 9, Parts 2-3 (1982), pp. 265-284.

"Law and Soviet Work Life," <u>Russia,</u> 5-6 (1982), pp. 101-114.

"The Evolution of Moscow and Leningrad Criminality," <u>Soviet Union</u>, Part 1, 1982, pp. 40-54.

"Law in the Soviet Workplace: The Lawyer's Perspective," <u>Law and Society</u>, Vol. 16 No. 3, 1982, pp. 501-526.

"Crime and Punishment Under Socialism," <u>Problems of Communism</u>, XXXI, (July-August 1982), pp. 71-75.

"Soviet Population Migration and Its Impacts on Crime," <u>Canadian Slavonic Papers</u>, XIII, No. 1, (March 1982), pp. 77-87.

"Criminality in Soviet Georgia," <u>Papers on Soviet Law</u>, Vol. 3, 1981, pp. 5-15.

"Caucasian Rugs in the late Nineteenth Century," <u>Khali</u>, vol3, no.1 (1980), pp.3-7 (with Richard E. Wright)

"The Geography of Soviet Criminality," <u>American Sociological Review</u>, 45 (Feb. 1980), pp.111-22, reprinted in "Problemes Politiques et Sociaux," <u>La Croissance Urbaine en Union Sovietique</u>, 30 December 1983, 478, pp. 26-28.

"The Birth and Demise of Soviet Criminology," <u>Slavic Review</u>, Vol. III, No. 2, 1979, pp. 614-28.

"Soviet and Yugoslavian Criminology," <u>International Journal of Comparative and Applied Justice</u>, Vol. III, No. 2, 1979, pp. 143-156.

"The 1929 Dispute on Soviet Criminality," <u>Soviet Union</u>, Vol. 5, Part 2, 1979, pp. 175-185.

"Soviet Criminology after the Revolution," <u>Journal of Criminal Law and Criminology</u>, 70, No. 3, 1979, pp. 391-395.

"Soviet Crime Prevention: Theory and Results," <u>The Prison Journal</u>, LVIII, No. 2, 1978, pp. 50-57.

**Book Chapters**

"Post-Soviet Oligarchs and Kleptocrats?: Their Rise, Their Survival and Western Complicity," in <u>Grand Corruption: Curbing Corruption Globally</u> eds. Robert I Rotberg and Fen Osler Hampson,  (London and New York: Routledge, 2024) pp. 70-83, DOI: 10.4324/9781032719344-7.

"Human Trafficking and the Economies of Violence,: The Forgotten Variable" in <u>Economies of Violence</u>, ed. Guillaume Soto-Mayor (Leiden:Brill, 2024),  pp. 42-60,  doi.org/10.1163/9789004708563_004

"Prologue," in <u>Hubs of Illicit Trade in the Global Economy</u> , ed. Yulia Krylova London and New York: Routledge 2024, pp. xii-xv.

Hotels and Sex Trafficking: Why There is a Need for Effective Corporate Social Responsibility, (with Sarah Meo), in *Issues in Modern Slavery*, edited by Anastasia Vasilyeva, Durham: Global Policy, 2023, pp.124-36.

"Preventing and Detecting Human Trafficking in the Hotel Sector," (with Sarah Meo) in <u>In Paths to the Prevention and Detection of Human Trafficking</u>, eds. Sharon K. Andrews and Caroline M. Crawford, IGI Global 2022, 203-22, DOI: 10.4018/978-1-6684-3926-5.ch010

"Human Trafficking and Responsible Leadership," in <u>Responsible Leadership: Essential to the Achievement of the United Nations' Sustainable Development Goals</u> ed. Michael Saks, Routledge,  2022, pp.279-94.

"Transnational Crime During a Pandemic: How Criminals Are Capitalizing on the Chaos Caused by COVID-19"  (with Sara Meo and Layla M. Hashemi) in <u>A World Emerging from Pandemic: Implications for Intelligence and National Security</u>, edited by Stacey E. Pollard and Larry A. Kuznar, National Intelligence University Press, 2022, pp. 161-188.

"Crime and Corruption"  in <u>Putin's Russia: Past Imperfect, Future Uncertain</u> ed. Darrell Slider , 8th ed. (Lanham, Maryland: Rowman and Littlefield, 2022), pp.  193-220.

"Transnational Crime," (2022) Transnational Crime. In: Schintler L.A., McNeely C.L. (eds) <u>Encyclopedia of Big Data</u>. Springer, Cham, pp. 926-27, https://doi.org/10.1007/978-3-319-

21

32001-4_543-1, https://link.springer.com/referenceworkentry/10.1007%2F978-3-319-32001-4_543-1.

Illicit Antiquities Trade (with Layla Hashemi). (2022) In: Schintler L.A., McNeely C.L. (eds) *Encyclopedia of Big Data*. Springer, Cham, pp. 37-38, https://doi.org/10.1007/978-3-319-32001-4_545-1.

"The Globalization of Crime," in International and Transnational Crime and Justice ed. Mangai Natarajan, 2nd ed. Cambridge and New York: Cambridge University Press, 2019, 223-228.

"Crime and Corruption," in Putin's Russia: Past Imperfect, Future Uncertain ed. Stephen K. Wegren, 7th ed. (Lanham, Maryland: Rowman and Littlefield, 2019), 167-188.

"Human Smuggling and Trafficking into Europe," (with Camilo Pardo) Debating Immigration, 2nd *ed.* Ed. Carol Swain (Cambridge: Cambridge University Press, 2018), 381-402.

"The Convergence of Illicit Wildlife Trade with other Forms of Criminality," (with Kasey Kinnard) in Wildlife Crime: From Theory to Practice, ed. William D. Moreto (Philadelphia, Rome and Tokyo: Temple University Press, 2018), 109-134.

"Illicit Trade," in Handbook of Globalisation and Development, ed. Ken Reinert, (Edward Elgar, 2017), 181-209.

"Crescenti legami tra criminali e terroristi: l'esperienza europea," in Atlante delle mafie Storia, economia, società, cultura vol. 4, eds. Enzo Ciconte, Francesco Forgione and Isaia Sales , (Soveria Mannelli: Rubbetino, 2016), 83-95.

"The Globalisation of Russian Organized Crime," in Research Conferences on Organised Crime at the Bundeskriminalamt in Germany (Vol. III) Transnational Organised Crime 2013 – 2015, eds. Ursula Töttel, Gergana Bulanova-Hristova and Gerhard Flach (Weisbaden: BKA, 2016), 127-36.

"The Hydra of Terrorist Financing," in Eurasia and Armed Radicalism: Spaces, Flows and Finances of an Evolving Terrorism (Rome: NATO Defense College Foundation, 2016), 91-95.

"Crime and Corruption," in Putin's Russia: Past Imperfect, Future Uncertain ed. Stephen K. Wegren, 6th ed. (Lanham, Maryland: Rowman and Littlefield, 2016), 193-213.

"Terrorismus in Europa 2016," in Sicher. Und Morgen? Sicherheitspolitische Jahresvorschau 2016 Vienna: Direktion für Sicherheitspolitik im BMLV, 2015, 118-120.

"Corruption and Youths Recruitment into Violent Extremism," in Countering Radicalisation and Violent Extremism Among Youth to Prevent Terrorism, eds. Marco Lombardi et. al. (Amsterdam: IOS Press, 2015), NATO Science for Peace and Security Programme, pp. 37-47.

"Global Trends 2030 and Illicit Flows," in  Global Flow Security: A New Security Agenda for the Transatlantic Community in 2030, Erik Brattberg and Daniel S. Hamilton, eds. (Washington, DC: Center for Transatlantic Relations, Johns Hopkins University, 2014), pp. 227-48.

"The Business of Terrorism," in Organized Crime, Corruption and Crime Prevention: Essays in Honor of Ernesto U. Savona eds. Stefano Caneppele and Francesco Calderoni (Cham, Heidelberg, New York, Dordrecht, London: Springer, 2013), pp. 269-76.

"Human Smuggling and Trafficking in Europe--Routes, Impacts, and government options," in Criminology, Criminal Policy and Criminal Law in an International Perspective: Essays in Honour of Martin Killias, André Kuhn et al. (A.G. Bern: Stämpfli Verlag AG, 2013), pp. 653-678.

"Money Laundering into Real Estate," in Convergence: Illicit Networks and National Security in the Age of Globalization  eds. Michael Miklaucic and Jacqueline Brewer (Washington, D.C.: Center for Complex Operations, Institute for National Strategic Studies, National Defense University Press, 2013), pp.131-46.

"Crime, Organized Crime and Corruption," in Return to Putin's Russia 5th edition ed. Stephen K. (Lanham, Maryland: Rowman and Littlefield Publishers, 2013, pp.189-208.

"The Commodification of Human Smuggling and Trafficking," in Labour Migration, Human Trafficking and Multinational Corporations : The Commodification of Illicit Flows eds. Ato Quayson and Antonela Arhin, Abingdon, Oxon and New York, Routledge, 2012, pp. 38-55.

"Addressing Absence of Transparency in a Research Center," Positive Initiatives for Organizational Change and Transformation eds. G.D. Sardana and Tojo Thatchenkery New Delhi: Macmillan, 2012, pp. 233-38.

"International Trafficking: An Important  Component of Transnational Crime," in Human Security, Transnational Crime and Human Trafficking eds.with Shiro Okubo and Louise Shelley, New York and London, Routledge, 2011, pp. 135-151.

"The Globalization of Crime," in International Criminal Justice ed. Mangai Natarajan New York: Cambridge University Press, 2011, pp.3-10.

"Global Crime Inc" in Beyond Sovereignty 4th ed. (with Chris Corpora and John Picarelli) , ed. Maryann Cusimano Love, Belmont, Ca. :Wadsworth,  2003, pp. 141-69.

"Human Trafficking: Why it is such an Important Women's Issue", in Confronting Global Gender Justice: Women's Lives, Human Rights eds. Debra Bergoffen, Paula Ruth Gilbert, Tamara Harvey and Connie McNeely eds. Oxford, UK: Routledge, 2011, pp.35-49.

23

"Narco-Trafficking in Pakistan-Afghanistan Border Areas and Implications for Security," (with Nazia Hussain) in Narco-Jihad: Drug Trafficking and Security in Afghanistan-Pakistan National Bureau of Asian Research, NBR Special Report #20, December 2009, pp.23-41.

"Crime, Organized Crime and Corruption," in After Putin's Russia Past Imperfect, Future Uncertain 4th ed. eds. Stephen K. Wegren and Dale R. Herspring Lanham, Md.:Rowman and Littlefield, 2009, pp. 183-198.

"Paznoobraznye poseledstviia torgovli liud'mi," (Diverse Consequences of the Trade in People) in Vne Tolerantnosti. Torgovlia liud'mi I rabskii trud:metamorfozy starykh prestuplenii I novkh metody ikh preodoleniia ed. Liudmila Erokhina Vladivostok:Izvo TGEU, 2009, pp.23-45.

"Youth, Crime and Terrorism,"in Political Violence, Organized Crimes, Terrorism and Youth ed. M. Demet Ulusoy Amsterdam, Berlin, Oxford, Tokyo, Washington, D.C.:IOS Press, 2008, pp.133-40.

"Addressing the Links of Crime and Terrorism, " in Proceedings of the Second International Symposium Global Terrorism and International Cooperation Ankara: Turkish General Staff Center of Excellence Defence Against Terrorism Publications, 2008, pp.161-177.

"Human Security and Human Trafficking," in Anna Jonsson ed. Human Trafficking and Human Security, London and New York: Routledge, 2008, pp. 10-25.

"The Divergent Organized Crime of Eastern Europe and the Soviet Successor States," in Kauko Aromaa and Terhi Viljanen, eds.,Technical Assistance, Crime Prevention, Organised Crime Presentations at the HEUNI 25th Anniversary Symposium (January 2007) and at the Stockholm Criminology Symposium (June 2007), Helsinki: The European Institute for Crime Prevention and Control, affiliated with the United Nations (Heuni), 2008, Paper No. 28, pp.51-56.

"Trafficking in Nuclear Materials: Criminals and Terrorists," Robert J. Bunker, ed Criminal-States and Crime-Soldiers, London and New York: Routledge, 2008, pp.216-232.

"The Rise and Diversification of Human Smuggling and Trafficking into the United States," in Kimberley L. Thachuk ed Transnational Threats in Arms, Drugs, and Human Life Westport, Conn. And London: Praeger Security International, 2007, pp.194-210.

"Organized Crime and Terrorism," (with John T. Picarelli) in Jeanne K. Giraldo and Harold A. Trinkunas, eds. Terrorism Financing and State Responses A Comparative Perspective Stanford: Stanford University Press, 2007, 39-55.

"Georgian Organized Crime," in Organised Crime and Corruption in Georgia edited by Louise Shelley with Erik R. Scott and Anthony Latta , London and New York: Routledge, 2007, pp. 50-68.

24

"Human Trafficking as A Form of Transnational Crime," in Maggy Lee, <u>Human Trafficking</u>, Devon and Oregon:Willan Publishing, 2007, pp. 116-37.

"The Unholy Trinity: Transnational Crime, Corruption and Terrorism," in Umberto Gori and Ivo Paparela <u>Invisible Threats: Financial and Information Technology Crimes and National Security</u> Amsterdam, Berlin, Oxford, Tokyo, Washington, D.C. (NATO series): IOS Press, 2007, pp. 100-107.

"The Government Bureaucracy, Corruption and Organized Crime: Impact on the Business Community," in Kathryn Hendley, <u>Remaking the Role of Law: Commercial Law in</u> Russia and the CIS, Huntington, N.Y. Juris, 2007, pp. 41-61.

"Countering Terrorism in the US: The Fallacy of Ignoring the Crime-Terror Nexus," in Robert W. Orttung and Andrey Makarychev, eds. , <u>National Counter-Terrorism Strategies Legal, Institutional and Public Policy Dimensions in the US, Uk, France, Turkey and Russia.</u> Amsterdam:IOS Press, 2006, pp.203-212.

Louise I. Shelley (with Svante E. Cornell), "The Drug Trade in Russia," in Andreas Wenger, Jeronim Perovic, and Robert W. Orttung, eds., <u>Russian Business Power: The Role of Russian Business in Foreign and Security Relations</u>, London: Routledge, 2006, pp. 196-216.

"Crime and Terrorism in the Black Sea Region," in <u>Istanbul Conference on Democracy and Global Security</u>.  Ankara Turkey: ONCU Press, 2006, pp. 182-185.

"Organized Crime Groups: 'Uncivil Society'" in <u>Russian Civil Society: A Critical Assessment</u> eds. Alfred B. Evans, Jr., Laura A. Henry, and Lisa McIntosh Sundstrom.  Armonk, N.Y.:  M.E. Sharpe, 2006, pp.95-109.

"Border Issues: Transnational Crime and Terrorism" in <u>Borders and Security Governance Managing Borders in a Globalised World</u> eds. Marina Caparini and Otwin Marenin Zurich: Lit Verlag, 2006, pp. 255-69.

"The Globalization of Crime," in <u>Introduction to International Criminal Justice,</u> ed. Mangai Natarajan.  Boston:  McGraw Hill, 2005, pp.3-10.

"Russia's Law against Trade in People:  A Response to International Pressure and Domestic Coalitions," in <u>Public Policy and Law in Russia: In Search of a Unified Legal and Political Space</u>, eds. Ferdinand Feldbrugge and Robert Sharlet eds. Leiden: Netherlands, Koninklijke Brill, 2005, pp.291-305.

"Russia's efforts to combat human trafficking: Efficient crime groups versus irresolute societies and uncoordinated states" (with Robert Orttung) in <u>Ruling Russia: Law, Crime and Justice in a Changing Society</u> ed. William Alex Pridemore  Lanham:Md.:Rowman and Littlefield, 2005, pp.167-82.

"Crime, Violence and Political Conflict in Russia," (with Yuri Andrienko) in <u>Understanding Civil War: Evidence and Analysis</u> ed. Nicholas Sambanis, Washington, D.C.: World Bank, 2005, pp. 87-117.

"Civil Society Mobilized Against Corruption:  Russia and Ukraine," in <u>Civil Society and Corruption: Mobilizing for Reform</u>, Michael Johnston ed. University Press of America, 2005, 3-21.

"The Nexus between Terrorism and Organized Crime," <u>Confronting Terrorist Financing</u> Lanham, Maryland: University Press of America, 2005, 29-33.

"Contemporary Russian Organised Crime: Embedded in Russian Society." in <u>Organised Crime in Europe: Patterns and Policies in the European Union and Beyond</u> eds. Cyrille Fijnaut and Letizia Paoli  Dordrecht: Springer, 2004, pp.563-84.

"Crimen Organizado, Terrorismo y Cibercrimen," in <u>Delincuencia Organizada</u>  ed. Rafael Macedo de La Concha Mexico, D.F.: Instituto Nacional de Ciencias Penales, 2003, pp.237-253.

"Global Crime Inc" in <u>Beyond Sovereignty 2nd ed.</u> (with Chris Corpora and John Picarelli) , ed. Maryann Cusimano Love, Belmont, Ca. :Wadsworth,  2003, pp. 143-66.

"The Rise and Diversification of Human Smuggling into the United States,"  <u>Essays in Honour of Alice Yotopoulos-Marangpoulos  Human Rights Crime-Criminal Policy</u> Volume B Athens:Nomiki Bibliothiki Group, 2003,  pp.1191-1204.

"Organized Crime, Terrorism and Cybercrime," in <u>Security Sector Reform: Institutions, Society and Good Governance</u>, edited by Alan Bryden and Philipp Fluri (Baden-Baden: Nomos Verlagsgesellschaft, 2003), pp.303-312.

"Russia and Ukraine: Transition or Tragedy," in <u>Menace to Society Political-Criminal Collaboration Around the World</u> ed. Roy Godson New Brunswick, N.J.:Transaction Publishers, 2003, pp. 199-230.

"Corruption des administrations et criminalité organisée" in <u>Comment fonctionne la Russie? Le Politique, le bureaucrate et l'oligarque</u>  Ed. Marie Mendras  Paris: CERI/Autrement, 2003, pp. 59-79.

"Nakonets Rossii priniala zakon o bor' be sotmyvaniom deneg," ("Russia at Last Adopted a Law on Money Laundering"), <u>Ekonomicheskaia Prostupnost'</u> Moscow: Iurist, (with Ethan Burger) 2002, pp. 35-8.

"The Challenge of Crime and Corruption," in <u>Russian Policy Challenges in the 21st Century</u> ed. Steve Wegren, Armonk, N.Y.:M.E. Sharpe, 2002, pp.103-122.

"Changing Position of Women: Trafficking Crime and Corruption," in <u>The Legacy of State</u>

26

Socialism and the Future of Transformation. (ed.) David Lane, Lanham, Maryland:  Rowman and Littlefield, 2002, pp.207- 222.

"Identifying, Counting and Categorizing Transnational Criminal Organizations," in Challenges to Criminal Justice: Crime and Human Rights in a Borderless Era (Japanese), (eds.) Ueda Kan and Okubo Shiro. Japan:  Nihon Hyoron-sha Publishing Co., February 2001, pp. 51-72.

"Crime and Corruption," in Developments in Russian Politics 5 (eds.) Stephen White, Alex Pravda and Zvi Gitelman. Houndsmills, Hampshire: Palgrave, 2001, pp. 239-253.

"Korruptsiia I Organizovannaia Prestupnost," in Korruptsiia politicheskie, ekonomicheskie, organizostaionnye I pravovye problemy ed. V. Luneev, Moscow: Iurist, 2001, pp. 64-72.

 "The Disposal of Seized Laundered Assets," in Killing Development: Money Laundering in the Global Economy, Social Market Foundation: Centre for Post-Collectivist Studies, (2000), pp. 45-53.

"Is the Russian State Coping with Organized Crime and Corruption," in Building the Russian State: Institutional Crisis and the Quest for Democratic Governance ed. Valerie Sperling.  Boulder, Colorado: Westview Press, (2000), pp. 91-112.

"Crime of the Former Socialist States. Implications for Western Europe," in Public Safety in Europe. (eds.) G.J.N. Bruinsma and C.D. van der Vijver.  International Police Institute Twente: University of Twente, (1999), pp. 19-30.

"Organized Crime and Corruption: Security Threats," What Security for Which Europe: Case Studies from the Baltic to the Black Sea, Ed. By David W.P. Lewis and Gilles Lepesant. New York: Peter Lang Publishing, Inc., (1999), pp. 149-168.

"Organized Crime in the Former Soviet Union: The Distinctiveness of Georgia." Institute of Legal Reforms, Independent Board of Advisors of the Parliament of Georgia, Tbilisi, (1999), pp. 32-36.

"Post-Socialist Policing: Limitations on Institutional Change," Policing Across the World: Issues for the Twenty-First Century. Ed. R.I. Mawby, London: UCL Press, (1999), pp.75-87.

"Transnational Organized Crime: The New Authoritarianism," in The Illicit Global Economy and State Power. Eds. H. Richard Friman and Peter Andreas, Lanham, MD: Rowman & Littlefield Pub. (1999), pp. 25-51.

"Amerikanskie Sredstva bor'by s Organizovannoi Prestupnast'iu" ("American Methods of Fighting Organized Crime"), in Kriminologia. Eds. N. F. and Kuznetsova and G.M. Minkovsky, Moscow: BEK Press, (1999), pp. 518-531.

"Post-Soviet Organized Crime: A New Form of Authoritarianism," in Russian Organized Crime: The New Threat? Ed. Phil Williams, London: Frank Cass Publishing, (1997) pp. 122-138.

"More than Just a Crime Problem: Organized Crime in the Baltics,"
Proceedings of IX Baltic Criminological Seminar. Tallinn: Estonian National Defense and Public
Service Academy, (1997), 58-68.

"Access to Justice and the Legal Transition in the Former Soviet State: Formal and Informal
Justice," in Social Control and Justice Inside or Outside the Law? Ed. Leslie Sebba Jerusalem: The
Magnes Press The Hebrew University, (1996), 146-165.

"Post-Soviet Policing: A Historical Perspective," in Policing Change, Changing Police. Ed. Otwin
Marenin Hamden, Ct.: Garland Publishing, (1996) pp. 205-221.

"Post-Totaliarianism and Soviet Law," in The Totalitarian and Post-Totalitarian Law. Eds. Adam
Podgorecki and Vittorio Olgiati, New Hampshire: Dartmouth Press, (1996), pp.253-273.

"Soviet Undercover Work," in Undercover: Police Surveillance in Comparative Perspective. Eds.
Gary Marx and Cyrille Fijnaut Amsterdam: Kluwer, (1995), pp. 155-74.

"L'ascesa della mafia sovietica," in Le Mafia, Le Mafie. Eds. D. Finadaca and S. Costantino. Rome:
Libri del Tempo Laterza, (1995), pp.361-363.

"Foreword,"  in Introduction to the Hong Kong Criminal Justice System. Eds. Mark S. Gaylord
and Harold Traver. Hong Kong: Hong Kong University Press, (1994), pp. xi-xvi .

"Crime and the Collapse of the Soviet State," in Social Legacy of Communism. Eds. James R.
Millar and Sharon L. Wolchik. Washington, D.C.: Woodrow Wilson Center Press and Cambridge
University Press, (1994), pp.130-148.

"Concluding Remarks on Social Changes, Crime and Police," in Social Changes, Crime and
Police. Eds. Jozsef Vigh and Geza Katona, Budapest: Eotvos Lorand University, (1993), pp. 377-
383 and Social Changes, Crime and Police. Ed. Louise I. Shelley and Jozsef Vigh Reading:
Harwood Press, 1995, pp.195-201.

"Soviet Police and the Rule of Law," in Police Innovation: Control of Police Problems of Law
Order and Communication. Ed. David Weisburd N.Y. Springer Verlag, (1993), pp. 127-144.

"The Ministry of Internal Affairs," in Executive Power and Soviet Politics The Rise and Decline
of the Soviet State. Ed. Eugene Huskey.  Armonk, N.Y: M.E. Sharpe, (1992), pp. 202-220.

"La Funcion Politica del Juicio a los Ex-Dirigentes Militares de la Argentina," in La Criminologia
en America Latina:  Balance y Perspectivas. Ed. Christopher H. Birkbeck and J. Martinez
Rincones.  Merida, Venezuela: Universidad de los Andes, (1992), pp. 297-325.

28

"The Development of American Crime:  A Comparative Perspective," in <u>Crime and Control in Comparative Perspective</u>. Ed. H.G. Heiland, L.I. Shelley, and H. Katoh. Berlin:  Walter de Gruyter, (1992), pp. 1-19.

"Legal Consciousness and the "<u>Pravovoe Gosudarstvo</u>", in <u>Toward the Rule of Law in Russia? Political and Legal Reform in the Transition Period.</u> Ed. Donald D. Barry. Armonk, N.Y.:  M.E. Sharpe, (1992), pp.63-76.

"Entrepreneurship:  Some Legal and Social Problems," in <u>Privatization and Entrepreneurship in Post-Socialist Countries.</u> Eds. Bruno Dallago, Gianmaria Ajani and Bruno Grancelli New York: St. Martin's Press, (1992), pp. 307-325.

"Soviet Lawyers and <u>Perestroika</u>," in <u>The Emancipation of Soviet Law.</u> Ed. F.J.M. Feldbrugge, Dordrecht: Martinus Nihjoff, (1992), pp. 125-141.

"Civilization, Modernization and the Development of Crime and Control," (with Hans-Gunther Heiland) in <u>Crime and Control in Comparative Perspective</u>. Ed. H.G. Heiland, L.I. Shelley and H. Katoh, Berlin: Walter de Gruyter, (1992), pp. 1-19.

"Crime in the Soviet Union," in <u>Soviet Social Problems</u>. Eds. Walter Connor, T. Anthony Jones and David Powell, Westview Press (Harvard Russian Research Center Series), (1991), pp. 252-269.

"Soviet Criminal Law and Justice:  Are There or Were There Secrets?" in <u>The Soviet Sobranie of Laws:  Problems of Codification and Non-Publication.</u> Ed. Richard M. Buxbaum and Kathryn Hendley, University of California at Berkeley (Research Series, No. 78), 1991, pp. 140-155.

"Lawyers in the Soviet Union," in <u>Professions and the States:  Expertise and Autonomy in the Soviet Union and Eastern Europe.</u> Ed. T. Anthony Jones, Temple University Press, (1991), pp. 63-90.

"Democratization and Law:  A Comparative Perspective," in <u>The Impact of Perestroika on Soviet Law</u>. Ed. Albert Schmidt, Dordrecht: Martinus Nihjoff, (1990), pp. 133-142.

"The Internationalization of Crime: The Changing Relationship Between Crime and Development" in <u>Essays on Crime and Development</u>. Ed. Ugljesa Zvekic.  Rome:  United Nations Interregional Crime and Justice Research Institute, (1990), pp. 119-134.

"The Soviet Second Economy," in <u>The Second Economy in Socialist Countries</u>. Ed. Maria Los, London: Macmillan, (1990), pp. 11-26.

"El Derecho y la Perestroika" in <u>La Perestroika a Donde va la Union Sovietica?</u> Ed. Fernando Claudin, Madrid: Editorial Pablo Iglesias, (1989), pp. 159-171.

"Administrative Law and the Improving of Social Control:  The Militia and the Maintenance of Social order," in Soviet Administrative Law: Theory and Policy. Ed. G. Ginsburgs et. al., Kluwer Academic Publishers, (1989), pp. 131-161.

"Criminal Law and Justice Since Brezhnev," in Law and the Gorbachev Era. Ed. Donald D. Barry, Dordrecht: Martinus Nijhoff, (1988), pp. 183-204.

"Crime and Criminals in the USSR." in Understanding Soviet Society. Ed. Michael Sacks and Jerry Pankhurst, Boston: Unwin Hyman (1988), pp. 193-219.

"The Structure and Function of Soviet Courts" in The Distinctiveness of Soviet Law. Ed. F.J.M Feldbrugge, Dordrecht: Martinus Nijhoff, (1987), pp. 199-216.

"Women in the Soviet Economy: Proclamations and Practice,"  (with Shirley R. Bysiewicz) in Soviet Law and Economy. Ed. O.S. Ioffe and M.W. Janis, Dordrecht: Martinus Nijhoff, (1987), pp. 57-77.

"Recent Changes in Soviet Legislation: Administrative Law and Educational Reforms," in Fifth International Sakharov Hearings. Ed. Allan Wynn, London: Andre Deutsch, (1986), pp. 21-26.

"The Social and Economic Adjustment of Soviet Jewish Women to the United States," (with Rita Simon and Paul Schneiderman) in International Immigration:  The Female Experience. Totowa, N.J.: Littlefield, Adams and Co., (1986), pp. 76-94.

"Party Members and the Courts -- Exploitation of Privilege," Ruling Communist Parties and their Status under Law. Ed. D.A. Loeber, Dordrecht: Martinus Nijhoff, (1986), pp. 75-90.

"Urbanization and Crime: The Soviet Experience," in The Contemporary Soviet City. Ed. Henry Morton and Robert Stuart, Armonk, New York: Sharpe, (1984), pp. 113-126.

"Soviet Law and the Second Economy" in Research in Law Deviance and Social Control. Vol. 5, Eds. Rita J. Simon and Steve Spitzer, Greenwich, Connecticut: JAI Press, (1983), pp. 3-24.

"Urbanization and Crime: The Soviet Case in Cross-Cultural Perspective: in Readings in Comparative Criminology. Ed. Louise I. Shelley, Carbondale, Illinois: Southern Illinois University Press, (1981), pp. 141-52.

"Crime and Delinquency in the Soviet Union," in Readings on Soviet Society. Ed. Michael Sacks and Jerry Pankhurst, New York: Praeger, (1980), pp. 208-226.

## Reviews

Everyday Law in Russia *Slavic Review,* Vol. *77, No.* 2 (Summer 2018), 539-540. doi:10.1017/slr.2018.176.

Gangs of Russia: From the Streets to the Corridors of Power, <u>Slavic Review</u>, vol. 75, no. 3 (Fall 2016), 804-6.

Privatizing the Police State:  The Case of Poland, <u>Demokratizatsiya</u>, vol. 11   no. 3, Summer 2003 , pp. 479-481.

The Russian Mafia:  Private Protection in a New Market Economy, <u>Slavic Review</u>, vol. 63 no. 1, Spring 2004, pp. 201-202.

<u>Police in Transition</u>, S.E.E.R., vol. 81, part 3, Fall 2003, pp. 591-593.

Social Problems and Patterns of Juvenile Delinquency in Transitional Russia, <u>Journal of Research in Crime and Delinquency</u>, Spring 2001.

Comrade Criminal: Russia's New Mafiya, <u>Slavic Review</u>, Spring 1996, pp. 196.

USSR Crime Statistics and Summaries: 1989-1990, <u>Slavic Review</u>, Spring 1995, Vol.54, No.1, pp.195-96.

Fonti e Modelli Nel Diritto dell'Europa Orientale, <u>Demokratizatsiya</u>, Summer 1994, Vol. II, No.3, pp.504-505.

Women's Glasnost vs. Naglost: Stopping Russian Backlash <u>Demokratizatsiya</u>, Summer 1994, Vol. II, No.3, pp.505-506.

The Soviet Mafia, <u>The Slavic Review,</u> Fall 1992, Vol. 51, No. 3, pp. 578-79.

Crime and Justice in Two Societies: Japan and the United States, <u>Contemporary Sociology,</u> May 1992, Vol. 21, No. 3, pp. 372-3.

Comrade Lawyer, <u>Focus on Law Studies,</u> (American Bar Association), Fall 1991, Vol. VII, No. 1, p.12.

The Politics of Sociology in the Soviet Union, <u>Canadian/American Slavic Studies</u>, Winter 1989, Vol. 23, No. 4, pp. 489-491.

Communist Ideology, Law and Crime, <u>Contemporary Sociology</u>, Vol. 18, No. 4, July 1989, pp. 586-87.

Justice and Comparative Law: Anglo-Soviet Perspectives on Criminal Law, Evidence, Procedure, and Sentencing Policy, <u>International Journal of Legal Information</u>, Vol. 16, No. 3, (1988), pp. 254-55.

Contract Law in the USSR and the United States: History and Concept, Vol. 1, <u>Harvard International Law Review</u>, Vol. 29, No. 2, (Spring 1988), pp. 597-98.

Mafia Business, <u>Violence, Aggression and Terrorism</u>, Vol. 1, No. 4 pp. 413-415.

"Crime and Nation-Building in the Caribbean," <u>Criminal Justice Review</u>, Vol. 12, No. 1, 1987 pp. 47-48.

Causality, Determinism and Prognosis in Criminology, <u>International Journal of Legal Information</u>, Vol. 15, Nos. 1-2, 1987, pp. 68-69.

Comparative Law Yearbook, <u>International Journal of Legal Information</u>, Vol. 15, Nos. 3-4, 1987, pp. 68-69.

Violence and Crime in Cross-National Perspective, <u>Journal of Criminal Law and Criminology</u>, Vol. 76, No. 1 1985, pp. 265-277.

Managing Change in the USSR:  The Politico-Legal Role of the Soviet Jurist, <u>Slavic Review</u>, Vol. 44, No. 1, 1985, pp. 138-139.

Buduschchee Rossii, Vykhod iz Labirinta and Sud, <u>Slavic Review</u>, Vol. 44, No. 1, 1985, pp. 179-180.

La Criminologie, <u>Journal of Criminal Law and Criminology</u>, Vol. 75, No. 3, 1984, pp. 1701-03.

Contemporary Chinese Law, <u>Revue de Science Criminelle et de Droit Penal Compare</u>, No. 1, 1983, pp. 167-186.

Incidence of Female Criminality in the Contemporary World, <u>Contemporary Sociology</u>, Vol. 11, No. 6, 1982, p. 675.

Revolutionary Law and Order, <u>American Journal of Sociology</u>, Vol. 86, No. 4, 1981, pp. 940-42.

Metodologicheskie problemy sovetskoi kriminologii, <u>Soviet Union</u>, Vol. 6, Part 2, 1979, pp. 222-23.

Discipline and Punish, <u>American Journal of Sociology</u>, Vol. 84, 1979, pp. 1508-10.

Criminal Russia, <u>New Leader</u>, Sept. 25, 1977, pp. 18-19.

**Other Writings**

Monitoring Wildlife Crime Cases: A Possible Approach to Reduce Corruption in the Justice System (with Willow Outhwaite, Eleanor Drinkwater and Mike Belecky), Jan. 2023, https://www.worldwildlife.org/pages/tnrc-practice-note-monitoring-wildlife-crime-cases-a-possible-approach-to-reduce-corruption-in-the-justice-system

Armed State Actors and Trafficking: The Global Evolution," June 2022, pp. 43-47, https://www.natofoundation.org/wp-content/uploads/2022/06/NDCF-Publication-Game-Changers-2022.pdf

Contributor to Economies of Violence special issue, <u>International Journal on Criminology</u>, Vol. 9, no.2 (Spring 2022).

"Alfred Steinmann's Ship Tapis Inuh," (with Richard Isaacson, Andreas Isler and Paola von Wyss-Giacosa), *Asian Textiles*, <u>Journal of the Oxford Asian Textiles Group</u>, 81 (Spring 2022): 3-9.

"Reiderstvo 2.0: The Illegal Raiding Pandemic in Russia," (with Yulia Krylova and Judy Deane), June 2021, https://reiderstvo.org/wp-content/uploads/2021/06/Reiderstvo-2.0-The-illegal-raiding-pandemic-in-Russia-1.pdf.

"Facing Cyberworld Crime: Different Approaches Hamper Law Enforcement," in *Confronting Criminal Terrorist Threats: The Reshaping on non-State Actors,"* Rome: NATO Defense College Foundation, 2020,  pp.45-47, http://www.natofoundation.org/wp-content/uploads/2020/06/NDCF-2020-Confronting-Criminal-Terrorist-Threats-Proceedings-WEB.pdf.

"When We Talk About Human Trafficking, We Also Need To Talk About Tech. Here's Why," (with Christina Bain), March 11, 2019, http://www.brinknews.com/when-we-talk-about-human-trafficking-we-also-need-to-talk-about-tech-heres-why/.

"The Changing Post-IS Geo-Economics of Terrorism and Trafficking," <u>Targeting the De-Materialised Caliphate: Extremism, Radicalisation and Illegal Trafficking</u> (Rome: Nato Defense College Foundation, 2019)*,* 51-55; http://www.natofoundation.org/wp-content/uploads/2019/03/NDCF-Targeting-the-de-materialised-22Caliphate%E2%80%9D-061218.pdf

"A Tangled Web: Organized Crime and Oligarchy in Putin's Russia, "Nov. 15, 2018, https://warontherocks.com/2018/11/a-tangled-web-organized-crime-and-oligarchy-in-putins-

russia/.

"Illicit Trade and our Global Response," *The Foreign Service Journal*, October 2018, http://www.afsa.org/illicit-trade-and-our-global-response.

"Terrorism and International Crime: Corruption as the Enabler," prepared for Transparency International, Munich Security Forum, Feb. 2018, https://www.transparency.de/fileadmin/Redaktion/Publikationen/2018/Terrorism_and_Internatio nal_Crime_Corruption_as_the_Enabler_2018_WEB.pdf

"New Security Challenge: The Growth of Illicit Trade and Corruption," *Nato Review Magazine*, December 8, 2017, https://www.nato.int/docu/review/2017/Also-in-2017/new-security-challenge-the-growth-of-illicit-trade-and-corruption-wolrd/EN/index.

"Eine gefährliche Dreiecksbeziehung," Scheinwerfer **,** No. 76, October 2017, 5 https://www.transparency.de/publikationen/detail/article/organisierte-kriminalitaet-und-terrorismusfinanzierung/.

"Dirty Entanglements on the New Silk Road: Drugs, Corruption and Crime in Central Asia," March 21, 2017, https://reconnectingasia.csis.org/analysis/entries/dirty-entanglements-on-the-new-silk-road/.

"Interview," International Affairs Forum, Vol. 7, no. 2 (Fall 2016) (special issue on corruption and human trafficking), 32-36.

"The Hydra of Terrorist Financing," in *Eurasia and Armed Radicalism:Spaces, Flows and Finances of An Evolving Terrorism*, 91-95 (Rome: NATO Defense College Foundation, 2016), http://www.natofoundation.org/wp-content/uploads/2016/07/NDCF-Eurasia-and-Armed-Radicalism-Gen-2016.pdf.

(with Judy Deane) *The Rise of Reiderstvo: Implications for Russia and the West*, May 2016, http://reiderstvo.org/.

Op–ed, "ISIS' Members Depend on Petty Crime to Function in Europe," *New York Times* November 20, 2015.

Op-ed, ","How to beat Islamic State? Crack down on cigarette smuggling *The Guardian,* November 27, 2015.

" Criminal Minds,"  *American Legion Magazine*, June 2015,  22-28.

"ISIS, Boko Haram, and the Growing Role of Human Trafficking in 21st Century Terrorism," December 26, 2014, http://www.thedailybeast.com/articles/2014/12/26/isis-boko-haram-and-the-growing-role-of-human-trafficking-in-21st-century-terrorism.html

"Hedging Risk by Combating Human Trafficking: Insights from the Private Sector," December 2014 (with Christina Bain and Effie-Michelle Metallidis), Network of Global Agenda Councils, World Economic Forum

"Blood Money: How ISIS Makes Bank," November 30, 2014, http://www.foreignaffairs.com/articles/142403/louise-shelley/blood-money

"Is the transnational crime threat exaggerated," *Congressional Quarterly Researcher,* www.cqresearcher.com, August 29, 2014.

Washington DC Case study of human trafficking (with Christina Bain) in *Urban Anthologies: Innovation from Crisis to Opportunity*, World Economic Forum, 2014, 8-9.

op ed  "Disrupt Boko Haram," USA Today,  May 22, 2014, http://www.usatoday.com/story/opinion/2014/05/22/boko-haram-kidnap-schoolgirls-military-finance-column/9454821/

"Human Smuggling and Trafficking in Europe: A Comparative Perspective," Transatlantic Council on Migration,  February 2014, http://www.migrationpolicy.org/pubs/TCM-Human-Smuggling.pdf

"How exposing Corrupt Regimes Can Serve US Security,"  (with William Courtney and Ken Yalowitz) Christian Science Monitor,  May, 25, 2011, op.ed., http://www.csmonitor.com/Commentary/Opinion/2011/0525/How-exposing-corrupt-regimes-can-serve-US-security

"Restoring Trust for Peace and Security," Transparency International, 14th International Anti-Corruption Conference, Bangkok, Thailand November 2010

"The Financial Winners of the Current Crisis," The CIP Report, George Mason University School of Law, Vol. 7, No. 9, March 2009, pp.4-5, 11.

"Crime and Non-Punishment,"  Dispatches—on Russia March 2009, pp.194-206.

"The Crime of Human Trafficking," Center  for Global Studies Review, Vo.4, no.2, Summer 2008, pp.12-14.

"Criminal Acts," (with Robert Orttung) Bulletin of the Atomic Scientist Sept.-Oct. 2006, pp.22-23.

"The Globalization of Crime and Terrorism," in The Challenges of Globalization, an Electronic Journal of the US State Department, February, 2006. http://usinfo.state.gov/journals/itgic/0206/ijge/shelley.htm

"The Price of Sex," Moscow News, September 17-23, 2004, p.4.

"Trafficking in the ANE Region: Problem Analysis and Proposed Framework for USAID Response," (with Ruchira Gupta, Lisa Kurbiel, Jill Tirnauer, ), June 2004, http://pdf.usaid.gov/pdf_docs/PNADC972.pdf.

"Survival at What Cost?  The Impact of Financial Services on Small Caribbean States," with Gillian Gunn Clissold and Jerome Lebleu, Caribbean Briefing Paper Series, Trinity College, Washington DC, No. 6, November 2003.

"Crime Victimizes Both Society and Democracy," Global Issues: Arresting Transnational Crime, an Electronic Journal for the U.S. Department of State, Vol.6, No.2, August 2001.

"CORRUPT OIL PRACTICES IMPLICATE PRESIDENT NAZARBAYEV," July i9, 2000, https://www.cacianalyst.org/publications/analytical-articles/item/7186-analytical-articles-caci-analyst-2000-7-19-art-7186.html

"Keynote Address By Professor Louise Shelley,"  at the Transnational Crimes Symposium hosted by Syracuse University. The speech was reprinted in *The Syracuse Journal of International Law and Commerce*, Vol 27:1. (2000)

"Following the Trail of Rubles," New York Times, February 26, 1999.

"Organized Crime and Corruption Are Alive and Well in Ukraine," Transition, Vol.10, No.1, February 1999, pp.6-7.

"The Criminal-Political Nexus: Russian-Ukrainian Case Studies" for NSIC Conference: Confronting the Challenge of the Political-Political Nexus, Mexico in Trends in Organized Crime., 1998,   Vol. 3, No.1, pp. 12-14.

"The Threat From Russian Organized Crime," Congressional Testimony before the Committee on International Relations, April 30, 1996, pp.71-84.

"Crime and Corruption in Russia," Briefing of the Commission on Security and Cooperation in Europe, June 10, 1994, pp.2-8, 19-26.

"The Soviet System on Trial," American Enterprise, Vol. 4, No. 2, March/April 1993, pp. 12-16.

"The New and Improved Supreme Soviet and Institutionalization of Human Rights Reform," Congressional Testimony before the Commission on Security and Cooperation in Europe, November 28, 1989, pp. 11-18.

"A Changing Soviet Society," Congressional Testimony before the Commission on Security and Cooperation in Europe, May 17, 1989, pp. 47, 19-20, 28-29.

36

"Soviet Sociology Today: Possibilities for Cooperation," in American Sociological Association Footnotes, November 1989, p. 3.

"Perestroika and Legal Reform," Newsletter AAASS, March 1989, Vol. 29, No. 2, p. 1.

"The Changing Role of Law in Soviet Society," Surviving Together, Summer 1988, p. 34.
"U.S. Human Rights Policy Toward the Soviet Union": Pre-Summit Assessment and Update," Congressional Testimony before the Subcommittee on Human Rights and International Organizations, U.S. House of Representatives, May 1988, pp. 22-42.

"United States-Soviet Relations: 1988," Vol. 1, Congressional Testimony before the Subcommittee on Europe and the Middle East of the Committee on Foreign Affairs, U.S. House of Representatives, February-March 1988, pp. 257-79.

"Bonner Case: Dark Side of Soviet 'Justice'," Los Angeles Times, September 18, 1984.  Reprinted International Herald Tribune, September 20, 1984.

Play Review "Notes from the Heart of a Dog." Jewish Week, July 26, 1984, p. 9.

CONSULTANT

U.S. Department of State, Bureau for International Narcotics and Law Enforcement's Office of Europe, the NIS and Training INL/ENT. Jan. 2002 (in Sicily)

Anti-Corruption Program in Ukraine, DAI, May 2001.

World Bank, Anti-Corruption Program, Ukraine, 1999.

## TECHNICAL REPORTS

"Soviet Police (Militia): Agents of Political and Social Control," National Council for Soviet and Eastern European Research, 1988.

"Law in the Soviet Workplace: The Lawyer's Perspective," National Council for Soviet and Eastern Europe Research, 1981.

"A Proposed Statement of Policies for the Guidance of LEAA Efforts in the Field of Corrections," (with June Cornog), Law Enforcement Assistance Administration, April 1979.


## LECTURES

American Security Project, Atlantic Council, Boston University, Bundestag (Germany), Carnegie Endowment, CERI (France), Chatham House,  CNAM (Conservatoire national des arts & métiers), Columbia University, Cornell University, Council of Foreign Relations-Germany,

37

CSIR-South Africa, CSFRS (Conseil Supérieur de la Formation et de la Recherche Stratégiques), Dartmouth College, DCAF (Geneva), Duke University, Duke University Law School, Far East State University (Vladivostok), Fondation Maison des Sciences de l'homme,  Foreign Service Institute, Franklin and Marshal, Georgetown University, George Washington University, German Council on Foreign Relations, Grinnell College,  University of Groningen, Hacettepe University,  Russian Research Center and Kennedy School of Government, Harvard University, Haute Ecole-Arc (Switzerland), Hebrew University, Instituto de Ciencias Penales -- Mexico (in Spanish), Hertie School of Governance, Indiana University—Bloomington, Institute of Sociological Research -- Moscow (in Russian), Institute of Philosophy and Law -- Vilnius, Johns Hopkins University (SAIS and main campus), IISS, Italian Senate, John Marshall Law School, Kansas State, Kennan Institute, University of Kiel (Germany), University of Leiden, Mahidol University (Thailand), Marshall Center—Garmisch (Germany), Michigan State University, National Autonomous University of Mexico (UNAM), Monterey Institute of International Studies, Moscow State University (in Russian),  Munich Security Conference, NATO, NATO Defence College Foundation, National Intelligence University, National War College, New York University, OECD, Organization of Security and Cooperation in Europe (OSCE), Universidad de La Salle (Mexico City), Università di Pavia, Princeton University, Ritsumeikan University (Japan), Sciences Po (Paris), Shandong University, Southern Methodist University, Stanford University, Swiss Technical University, Tbilisi State University, Tel Aviv University, Transparency International, Trinity College-Dublin, Tufts University, University of California -- Berkeley, Universita di Trento, University of Capetown, University of Chicago, Universidad de los Andes (in Spanish), Université Libre de Bruxelles (in French), University of Groningen (Netherlands), University of Kansas, University of Kentucky, University of Macao, University of Maryland, University of Michigan, Université de Nanterre, University of Nebraska, University of North Carolina--Chapel Hill and Pembroke, Universita di Palermo, University of Pennsylvania, University of Richmond, Transparency International, Tufts University, University of Sao Paolo,  University of Paris II,   University of Peace (Costa Rica); University of Sarajevo, University of Tokyo, University of Toronto, University of Twente (Netherlands), Universidad de la Paz (Costa Rica), University of Uppsala, University of Virginia, University of Wisconsin, Wooster College, Yale University, York University.

Community Involvement:

Steering Committee, Washington Wine and Cheese Society

Board, International Hajji Baba Society

# EXHIBIT B

## LIST OF CASES

| Date | Case | Court |
|------|------|-------|
| December 2024 | U.S. v. Tavberidze, 23 Cr. 585 (JSR) | S.D.N.Y. |
| March 2021 | New Stream Trading AG v. JSC Antipinsky Refinery, et al., Case No. 194472 | London Court of International Arbitraton |
| November 2024 | Carlyle Aviation Partners, LLC v. American International Group UK Ltd., No. 2022-020857-CA-01 | Circuit Court of the Eleventh Judicial Circuit, Miami Dade County, Florida |
| November 2024 | Avmax Aircraft Leasing, Inc. v. HDI Global Specialty SE – UK, et al., No. 2023-020901-CA-01 | Circuit Court of the Eleventh Judicial Circuit, Miami Dade County, Florida |

**Disclosure as to Expert Witness Robert Hanratty**

## I.    Statement of Opinions, Bases, and Reasons

The Government intends to call FBI Supervisory Special Agent ("FBI/SSA") Robert J. Hanratty as an expert in Eurasian organized crime, and more specifically, (1) the ways Russian oligarchs hide their financial assets, including through layers of offshore shell companies, intermediaries, trust and investment fund structures; and nominee owners; and (2) the ways Russian oligarchs maintain control over their assets, including naming close associates or relatives as beneficiaries of bank accounts or trust structures.  FBI/SSA Hanratty is expected to testify, in sum and substance, as follows:

Russian oligarchs and other wealthy Russian citizens typically avoid owning assets in their own name.  They use a variety of methods to shield their identity and true beneficial ownership from public records associated with the asset in question.  Russian oligarchs frequently use proxies or intermediaries to set up various shell companies in offshore jurisdictions, and arrange for bank accounts in the name of the shell companies to also be opened in foreign jurisdictions.  The bank accounts are frequently opened in a different jurisdiction than the offshore entity that is the nominal holder of the bank account.  An intermediary or close associate of the Russian oligarch typically serves as the signatory for the bank account.  The shell entities are often located in jurisdictions that are tax or corporation formation havens, such as Cyprus, Malta, Luxemburg, the Cayman Islands, Belize, the Seychelles, Panama, or the British Virgin Islands.  The assets are then acquired and held in the name of the shell companies.

To further conceal the identity of the true beneficial owner, the shell companies' ownership may be obscured through the use of nominee shareholders, nominee company directors, or other opaque corporate structures such as different shell companies layered on top of each other.  The nominee shareholders and nominee company directors may be provided, for a fee, by an intermediary, frequently a lawyer based in an offshore jurisdiction, who sets up and helps to administer and manage the shell companies.

To obscure their connection to and control of an asset, Russian oligarchs also often use legal structures such as trusts and foundations.  The trust or foundation can be used as a nominal owner of an asset or of a shell entity, thereby adding another layer of separation between the asset and the Russian oligarch.  Typically, the Russian oligarch or his family members would be named as the beneficiaries of such trusts and foundations.  These legal structures can be organized pursuant to the laws of offshore jurisdictions that are tax or corporation formation havens, including the locations discussed above.

Russian oligarchs and other high-wealth Russian citizens avoid owning assets in their own name for several reasons.  They may wish to circumvent tax or disclosure obligations; avoid public connection between themselves and an asset (e.g., to avoid public reporting regarding wealth held abroad or to avoid having their name connected to an asset being used by a mistress); avoid issues relating to potential corporate raids, including the potential seizure of assets by the Russian government or politically-connected individuals should an oligarch fall out of favor; and, since at

least in or about 2014, to evade sanctions that have been imposed by the United States, the European Union, and Canada.  In anticipation of U.S. sanctions, in at least in or about 2014 and in or about 2018, in connection with the Russian invasion and annexation of the Crimean Peninsula and the Russia-Ukraine war, some Russian oligarchs took steps to conceal and protect their ownership of assets with a nexus to the United States, including by transferring the assets to different shell entities, legal structures, or close associates.

Russian oligarchs generally conceal any change of ownership or sale of assets by using complex financial transactions involving the shell entities and legal structures that are the nominal owners of the assets.  They may also transfer nominal ownership of an asset between shell entities or legal structures for asset management purposes even when there is no change in their true beneficial ownership of and control over the asset.  One method of disguising the nature of asset transfers includes using purported loans between various entities to disguise the true origin of and purposes for a transfer of money.  Fake invoices may also be used to create a purported rationale for a transaction and disguise the illicit origins of proceeds.

FBI/SSA Hanratty's testimony and opinions will be based on his training, education, and experience.  Since approximately 2011, he has investigated criminal matters relating to Eurasian organized crime, both as a Special Agent and Supervisory Special Agent, and has worked on or supervised numerous cases involving the former Soviet Republics, including Russia.  FBI/SSA Hanratty has participated in more than 50 money laundering investigations, and has actively worked at least 20 criminal enterprise investigations, involving over 200 targets.  At least half of those 20 were Russian-related investigations.  He has conducted investigations into criminal enterprises tied to people from the former Soviet Union, including through conducting surveillance, reviewing records, participating in Title IIIs and other electronic surveillance techniques.  His work has also required analyzing financial records for Russian organized crime networks.  His work has included, among other things, dealing directly with cooperators, including Russian cooperators, confidential informants (CIs) and sources, and securing bank records from foreign financial institutions.  He has directly debriefed at least 50 sources and witnesses related to Eurasian organized crime.

Through his work, FBI/SSA Hanratty also has become familiar with the international banking system and has participated in Mutual Legal Assistance Treaty requests for financial information from foreign countries, including Cyprus.  He has reviewed financial documents from more than 500 bank accounts.

## II.    Qualifications

Mr. Hanratty's qualifications are contained in his *curriculum vitae*, attached hereto as Exhibit C.  He has not authorized any publications in the last ten years.

3

### III.    List of Cases

Mr. Hanratty has not testified as an expert in the last four years.


Date: February 27, 2025

                                         _/s/ Robert Hanratty_____
                                         **Robert Hanratty**

# EXHIBIT C

# ROBERT J. HANRATTY

rjhanratty@fbi.gov  |  646-438-2035  |  11 Centre Place, Newark, NJ 07102

### Summary

FBI Supervisory Special Agent experienced in complex transnational criminal investigations leading three transnational organized crime task forces in the Newark Field Office. Results oriented leader with strong liaison skills and extensive investigative and management experience. Exceptional planning and execution skills.

### FBI Experience

**Supervisory Senior Resident Agent**
*Jersey Shore Gang and Criminal Organization Task Force*                    *Red Bank Resident Agency, Squad 2*
*August 2024- Present*                                    *Criminal Enterprise Branch, Newark Division*

Led as squad supervisor consisting of six Special Agents, twelve Task Forces Officers and three Intelligence Personnel and served as Senior Supervisor for the FBI's Newark's Satellite office covering all criminal threats in Monmouth and Ocean Counties in New Jersey.  Provided direction on 117 investigations covering violent crime, gang, major theft, and transnational organized crime investigations. Managed partnerships with over 65 Police Chiefs and Prosecutors from Monmouth and Ocean counties.

**Supervisory Special Agent**
*Transnational Organized Crime Eastern Hemisphere Task Force*                                    *Squad CE-14*
*May 2021-August 2024*                                    *Criminal Enterprise Branch, Newark Division*

Led as squad supervisor consisting of 13 Special Agents, nine Task Forces Officers and five Intelligence Personnel and served as Program Coordinator for Transnational Organized Crime (TOC)-East Hemisphere Threat. Provided direction on 119 investigations covering eight TOC-East sub-threats, targeting complex TOC actors engaged in sophisticated criminal activity, resulting in three consecutive years of high-performance ratings from FBI Headquarters.

**Supervisory Special Agent**
*Transnational Organized Crime Western Hemisphere Task Force*                                    *Squad CE-6*
*June 2020- May 2021*                                    *Criminal Enterprise Branch, Newark Division*

Led as squad supervisor consisting of eight Special Agents, five Task Force Officers and three Intelligence Personnel. Served as OCDETF Coordinator and TOC Western Hemisphere Program Coordinator for Newark Division. Exceeded all FY21 threat measures, including 24 arrests, resulting in a high-performance rating from FBI Headquarters. Directed a new investigation targeting a RPOT and NJ-based Sinaloa Cartel subjects, resulting in the arrest of the subject and seizure of 10,000 fentanyl pills and seven kilos of pure fentanyl.

**Supervisory Special Agent**
*Balkan Eurasian La Cosa Nostra Organized Crime Unit*                    *Transnational Organized Crime Section*
*January 2019 - June 2020*                                    *Criminal Investigative Division, FBI Headquarters*

Served as Program Manager for the Eurasian Organized Crime Threat for all field and international offices. Provided investigative and operational support for Field Office SSAs, SAs, IAs, and TOC Assistant Legal Attachés. Supervised over 100 transnational investigations involving Eurasian criminal enterprises involved in international money laundering, corruption, extortion, narcotics trafficking, sophisticated fraud, and racketeering. Partnered with Eurasian Organized Crime investigators from over 20 foreign law enforcement agencies to share intelligence.

**Special Agent**
*Eurasian Organized Crime Task Force*                                    *Squad C-24*
*March 2011- January 2019*                                    *Organized Crime Branch, New York Field Office*

Led numerous successful RICO investigations. Utilized sophisticated investigative techniques and complex CHS development/ operations. Selected to serve as Primary Relief Supervisor in October 2017.
➢  Displayed strong initiative by investigating a simple lead from a foreign partner about NY accountant connected to Russian oligarchs, businessman, and criminal authorities and through relentless effort of obtaining 10 Title IIIs and analyzing of 500 bank accounts, uncovered a $100 million money laundering scheme, resulting in the conviction of 33 subjects.

➤ Led an investigation dismantling a Georgian Thief in Law's criminal enterprise through conducting 250 consensual CHS/UC operations and obtaining Title III authority on 13 lines for over two and half years, resulting in the conviction of 50 subjects on RICO charges involving complex cyber fraud, kidnapping, money laundering, extortion, and murder-for-hire schemes.

**Acting / Assistant Legal Attaché (TDY)**

*Budapest Organized Crime Task Force*            *Hungary*
*June 2014- July 2014*            *International Operations Division*

Served as CID ALAT Budapest and assisted field offices with investigative matters while working with the National Hungarian Police. Actively sought engagement with foreign law enforcement partners to infiltrate a complex TOC enterprise, led by Russian Thieves in Law and Eurasian Oligarchs.

**Special Agent**

*Joint Terrorism Task Force*            *Squads CT-4, CT-3 and SO-9*
*March 2010- March 2011*            *Counterterrorism Branch, New York Office*

Investigated CT threat leads and conducted surveillance in the New York AOR relating to Afghanistan, Pakistan, and Northern Africa, in conjunction with task force partners involving the subway and Times Square bombing terror plots, as part of the new Agent rotation.

**Special Agent**

*FBI Quantico New Agent Academy*            *Training Division*
*October 2009- March 2010*            *Quantico, Virginia*

### Military Experience

**Recruiting Operations Officer (COMTek- Army Civilian Contractor)**     Army ROTC, 2nd Brigade, Cadet Command
January 2009-October 2009            Fort Dix, New Jersey

Responsible for the recruiting, marketing, and advertising for 41 Host Universities in the Northeast Region for Army Reserve Officer Training Corps (ROTC) by analyzing data, conducting historical trend analysis, and managing over $350,000 in advertising funds.

**Army Infantry Officer**            82nd Airborne Division
March 2006- January 2009            Fort Liberty, North Carolina, and Iraq

Led as Platoon Leader, Executive Officer, and Acting Company Commander of an Airborne Infantry Company during Operation Iraqi Freedom 07-09. Responsible for overseeing mission readiness, logistics and administration for 159 paratroopers by directing training, maintenance, tactical operations, counterinsurgency operations, and soldier support programs. Selectively chosen over 12 officers to serve as Acting/Company Commander in Iraq for three months when Commander was injured during an explosion, fully maintaining a high tempo of combat operations with high level of success. Led over 50 missions in Iraq responsible for securing major supply routes in the Al Anbar Province to ensure efficient transport of $60 billion worth of supplies in support of theater wide logistics.

### Education

Columbia University- School of International and Public Affairs        New York, NY
**Master of Public Administration** in Advanced Management and Finance        12/2015

Rutgers College            New Brunswick, NJ
**Bachelor of Science** in Political Science and History with a minor in Economics and Military Science        05/2005

### Certifications and Training

➤ Instructor for Criminal Enterprise and International Money Laundering Training to Law Enforcement in Cyprus (Oct 2024)
➤ Overseas Survival Awareness Program (OSAP) Course (Jan 2024)
➤ New Jersey State Association Chiefs of Police Frontline Supervisor's Leadership Course (May 2023)
➤ Instructor for Criminal Enterprise and International Money Laundering Training to Law Enforcement in Lithuania, Latvia, Estonia, and Malta (Feb 2021)
➤ Instructor for TOC East In-Service Training (June 2019)
➤ Instructor for Transnational Organized Crime Training to Foreign Law Enforcement in Tbilisi, Georgia (Dec 2017)
➤ Advanced Money Laundering and Asset Forfeiture Course (Feb 2013)
➤ Ranger School- Army Leadership Course (March 2006)

**Awards**

- ➢ Director's Award Nomination for Outstanding Criminal Investigation -Operation Greek Tragedy (May 2024)
- ➢ Federal Law Enforcement Foundation Award Investigation of the Year- Operation Super Gyro (May 2023)
- ➢ Exceptional Performance Award, Supervisor in Criminal Enterprise Branch (September 2022)
- ➢ Director's Award Nomination for Outstanding Criminal Investigation- Shulaya Et. Al. Investigation (June 2019)
- ➢ NYPD Detectives Endowment Association - Investigator of the Year – Shulaya Et. Al. Investigation (December 2018)
- ➢ NYPD Detectives Endowment Association - Investigator of the Year – Tokthakhounov Et Al. Investigation (May 2017)

**Rating Officials**

(Sep 2022 – May 2024) ASAC Michael Ratta, FBI Newark 646-398-2244
(May 2022 – Sep 2022) A/ASAC Joel T. Mack, FBI Newark 973-277-8844
(Jul 2020 – May 2022) ASAC Gregory Takacs (Retired) FBI Newark 203-449-6201

**References**

FBI SAC James E. Dennehy, 646-438-2074, jedennehy@fbi.gov, Relation: SAC Newark
FBI DAD Joseph R. Rothrock, 760-455-1167, rjrothrock@fbi.gov  Relation: Assistant Section Chief of TOC East
Non-FBI Former AUSA Andrew Adams, 734-730-3089, acadams@steptoe.com, Relation: Southern District of New York Chief of Money Laundering and Transnational Criminal Enterprises and Lead Prosecutor for the Attorney General's KleptoCapture Task Force

### Disclosure as to OFAC Expert Witness

## I.     Statement of Opinions, Bases, and Reasons

The Government intends to call Blake Santos, a Senior Enforcement Officer in the Office of Foreign Assets Control ("OFAC") at the United States Department of Treasury, as a witness at trial.  The witness's testimony will be based upon, inter alia, his academic and professional training and experience, his review of applicable laws, policies, and procedures regarding U.S. trade sanctions, and his review of agency records relevant to the particular transactions involving the defendants that are subject to U.S. trade sanctions.  The opinions offered by this witness will not be based on any classified information.  Mr. Santos' qualifications are contained in his *curriculum vitae,* attached hereto as Exhibit D, and a description of the anticipated testimony is set forth below. The Government anticipates that the witness will testify as to the nature of the Russia-related economic sanctions program administered by OFAC, including the following:

Mr. Santos will explain for the jury how a sanction program works.  Typically, a sanction program is established via an Executive Order to address a national emergency.  Once the President declares a national emergency, the International Emergency Economic Powers Act ("IEEPA") authorizes the President to impose economic sanctions in order to address the unusual and extraordinary threats related to the emergency.  The Secretary of the Treasury, who the President often delegates to implement and enforce sanctions, redelegates the administration of those sanctions within the Treasury Department to OFAC.  As Mr. Santos will explain, a sanctions program typically involves prohibitions, exemptions, and licenses, including prohibitions on activity by U.S. persons and activities within or through the United States.  In the context of a sanctions program, OFAC has the authority under IEEPA to issue individualized licenses, which authorize certain activity that would otherwise be prohibited. Any party may apply to OFAC for a specific license.

Concerning the Russia sanction program, Mr. Santos will describe the applicable prohibitions, restrictions and requirements regarding transactions subject to U.S. economic and trade sanctions laws and regulations.  Mr. Santos will briefly describe IEEPA and the relevant Executive Orders ("E.O.") issued by United States Presidents, including the following:

- On or about March 6, 2014, the President issued E.O. 13660, declaring a national emergency to deal with the threat posed by the actions and policies of certain persons who had undermined democratic processes and institutions in Ukraine; threatened the peace, security, stability, sovereignty, and territorial integrity of Ukraine; and contributed to the misappropriation of Ukraine's assets.

- The President subsequently issued three additional Executive Orders that expanded the scope of the national emergency declared in E.O. 13660.  Those were E.O. 13661, issued on or about March 16, 2014, E.O. 13662, issued on or about March 20, 2014, and E.O. 13685, issued on or about December 19, 2014.  Together, these Executive Orders (collective, the "Russia/Crimea Executive Orders") authorize, among other things, the imposition of sanctions against persons responsible for or

2

complicit in certain activities with respect to Ukraine; against officials of the Government of the Russian Federation; against persons operating in the arms or related materiel sector of the Russian Federation; and against individuals and entities operating in the Crimea region of Ukraine.

- The Russia/Crimea Executive Orders also block the property and interests in property of individuals and entities listed in the Annex to E.O. 13661 or of those determined by the U.S. Secretary of the Treasury, after consultation with the U.S. Secretary of State, to meet the criteria in the Russia/Crimea Executive Orders. This results in those individuals and entities being listed on OFAC's Specially Designated Nationals and Blocked Persons List ("SDN List").

Mr. Santos will explain how the Russia sanction program includes prohibitions against transactions conducted by U.S. persons, or occurring in the United States, if they involve transferring, paying, exporting, withdrawing, or otherwise dealing in the property or interests in property of an entity or individual listed on the SDN list. Property and interests in property of an entity that is fifty percent or more owned, individually or in the aggregate, directly or indirectly, by one or more persons whose property and interests in property are blocked are also blocked. The Russia sanction program also prohibits U.S. persons from making any contribution or provisions of funds, goods, or services by, to, or for the benefit of any person or entity on the SDN list. Mr. Santos will also explain how the Russia Sanction program generally prohibits any transaction that evades or avoids, has the purpose of evading or avoiding, or causes a violation of Russia sanctions laws and regulations.

Mr. Santos will also describe OFAC's licensing requirements and application process. He will testify regarding the defendants' licensing history and will establish that none of the following individuals ever obtained a license from OFAC to engage in any transaction involving an individual or entity on the SDN list:

- Vadim Wolfson, a/k/a "Vadim Belyaev"
- Gannon Dean Bond
- Andrey Kostin
- ███████████████████
- ███████████████
- ███████████████

Mr. Santos has not previously testified as an expert witness and has not authored a publication in the previous 10 years.

Date: February 28, 2025

Alan B. Santos

Digitally signed by Alan B. Santos
Date: 2025.02.27 15:50:00 -05'00'

Blake Santos
Senior Enforcement Officer
OFAC, U.S. Department of the Treasury

3

# EXHIBIT D

# Alan Blake Santos
Senior Enforcement Officer, Office of Foreign Assets Control (OFAC)
U.S. Department of the Treasury

**Clearance Level:**  TS/SCI (Active)

**Current Employment:**

## Office of Foreign Assets Control (OFAC) – Washington, D.C.
Senior Enforcement Officer (GS-14) – January 2023 to Present
Senior Compliance Officer (GS-14) – October 2021 to January 2023

**Scope of Work:**  Economic Sanctions, Sanctions Compliance, Financial Investigations, Due Diligence Research, International Affairs, Legal Analysis

**Description of Duties:**
- Currently serves as a Senior Enforcement Officer within OFAC's Enforcement Division (ENF). OFAC is an agency within the Office of Terrorism and Financial Intelligence (TFI), a Departmental Office (DO) at the U.S. Department of the Treasury.
- Conducts and coordinates comprehensive investigations into domestic and foreign entities, individuals, and financial institutions to determine the egregiousness and magnitude of alleged sanctions violations and recommend appropriate enforcement responses
  - Consulted OFAC-administered sanctions regulations codified in Title 31 Chapter V of the Code of Federal Regulations, further authorities dictated by targeted Executive Orders, and OFAC's Enforcement guidelines to assess the egregiousness of potential sanctions violations
  - Represents OFAC, the responsive federal agency for sanctions regulations, in coordination with key interagency enforcement and regulatory partners conducting parallel civil and criminal investigations, to relay key findings and agency stances
  - Crafts settlement agreements in coordination with relevant financial regulators and enforcement agencies to recommend targeted mitigation measures based on existing sanctions compliance deficiencies, including compliance programs, internal reporting and escalation lines, training expectations, critical compliance-specific assets such as interdiction software, and other key considerations.
- Coordinates with other OFAC divisions and interagency partners to craft and inform sanctions policy
- Participates in outreach events to inform private industry and the general public on U.S. sanctions law

**Relevant Prior Employment and Experience:**

## Deloitte Advisory – Manager
Washington, D.C. – September 2014 to October 2021

**Description of Firm Duties:**
- Managed and mentored the career development of six more junior Deloitte professionals
- Contributed to numerous proposal efforts in key proposal lead and technical writing capacities in support of Deloitte Advisory's pursuit of winning new business with agencies in the Federal Government
- Supported a variety of clients across a variety of spaces, including clients at the Federal Government, and commercial clients such as Financial Institutions

**Description of Duties and Core Clients Served:**
- **Committee on Foreign Investment in the United States (CFIUS)**
  Washington, D.C. – August 2019 to Present
  **Scope of Work:** Investment Security, National Security Investigations, Open Source Intelligence (OSINT), Financial Investigations, Risk-Based Analysis, International Affairs
  - Served as Deloitte Team Lead for the Mitigation & Enforcement and Non-Notified Division within the U.S. Department of the Treasury's CFIUS Office
  - Supported the CFIUS mission to review foreign direct investment (FDI) in U.S. companies to ensure that the resulting transactions do not threaten the national security interests of the United States

- Conduced  comprehensive risk-based analyses into all elements of a transaction to ensure that any potential threats, vulnerabilities, and consequences have been identified, and any unaddressed national security considerations have been mitigated
- Coordinated with CFIUS member agencies to ensure that all U.S. Government equities are fully addressed; the integrity of the CFIUS process is upheld; and all Congressionally-mandated deadlines are met
-

- **Office of Foreign Assets Control (OFAC) Sanctions Compliance & Evaluation Division (SC&E)**
  Washington, D.C. – March 2015 to August 2019
  **Scope of Work**: Economic Sanctions, Sanctions Compliance, Financial Investigations, Due Diligence, International Affairs, Legal Analysis
  - Served as a Compliance Support Analyst within OFAC's Sanctions Compliance & Evaluation (SC&E) Division
  - Conducted comprehensive investigations into domestic and foreign financial institutions to determine the egregiousness and magnitude of alleged sanctions violations and recommend appropriate enforcement responses
  - Reviewed voluntary self-disclosures and block and reject reports submitted by regulated financial institutions and insurance companies to assess potential sanctions violations and recommend appropriate enforcement actions such as voluntary self-disclosures, and block and reject reports in order to determine possible violations of U.S. sanctions regulations
  - Crafted and issued administrative subpoenas to target and compel information from parties critical to determining the nature and severity of potential sanctions violations
  - Coordinated complex, large-scale interagency investigations into potential sanctions violators that resulted in civil monetary penalties amounting to $53.9 million in FY18 ($1.3 billion across the interagency)

- **M&T Bank, Wealth Advisory & Institutional Client Services (WISD)**
  Buffalo, New York – December 2014 to March 2015
  **Scope of Work**: Know-Your-Customer (KYC), Anti-Money Laundering (AML), AML Compliance
  - Worked as a level two Operational Risk Specialist for M&T Bank's Wealth Advisory and Institutional Client Services (WISD) Risk Management Team
  - Conducted customer investigations and engaged in account remediation measures for M&T customer KYC portfolios to ensure the legitimacy of the bank's high net worth customers, and ensure entity compliance with the bank's KYC expectations

# Booz Allen Hamilton – Consultant, May 2013 to July 2014
  - Description of Duties and Notable Core Clients Served:
- **Counterterrorism and Criminal Exploitation Unit (CTCEU)**
  Arlington, VA – July 2014 to August 2014
  **Scope of Work**: Law Enforcement & Intelligence (LE&I), Homeland Security, Open Source Intelligence (OSINT)
  - Worked as a contractor for the U.S. Immigration and Customs Enforcement Agency (ICE)'s Homeland Security Investigations (HSI) at the CTCEU
  - Supported mission to combat exploitation of U.S. immigration system by terrorists, criminals, and other national security threats
  - Exploited data provided in the Student and Exchange Visitor Information System (SEVIS) in order to refer leads to agents in the field

- **Organized Crime Drug Enforcement Task Force (OCDETF) Fusion Center**
  Fairfax, VA – October 2013 to July 2014
  **Scope of Work**: Law Enforcement & Intelligence (LE&I), Financial Intelligence (FININT), Anti-Money Laundering (AML), Open Source Intelligence (OSINT), Performance Metrics, Strategic Planning
  - Served as an Intelligence Analyst at the OCDETF Fusion Center (OFC) as a member of the Proactive Asset Targeting Team (PATT)
  - Produced over 70 financial intelligence products disseminated to field agents in support of ongoing investigations (DEA, ICE, FBI, IRS, ATF, USMS, USPIS, DOS, DSS, etc.)
  - Assisted project managers with production of Monthly Status Report for more senior leadership

# Education:
- **James Madison University (JMU)**
  Harrisonburg, VA – B.A., International Affairs, Class of 2012

- **University of Jordan (UJ)**
  Amman, Jordan – Student, Summer 2011
  Scope of Study: Arabic Linguistics, International Travel, English Tutoring (ESL)
  - Studied Arabic linguistics in an immersive classroom environment at the Intermediate level
  - Tutored English to University of Jordan students at the UJ Language Center

### Disclosure as to Expert Witness Christina Sofkos

The Government intends to call Ms. Christina Sofkos, a court-certified Greek-language interpreter, to testify based on her experience and training regarding English-language translations of written communications and documents.  Ms. Sofkos recently has not recently testified as an expert. A copy of Ms. Sofkos's *curriculum vitae* is attached hereto as Exhibit E.

Date: February  26  , 2025

_ *Christina Sofkos* _____
**Christina Sofkos**

2

# EXHIBIT E

# CHRISTINA SOFKOS
## 2920 WYNNEWOOD DRIVE, VINELAND, NJ 08361
### CSOFKOS@AOL.COM 856-462-9829

<u>**QUALIFICATIONS SUMMARY**</u>

AOC approved Greek Interpreter with over twenty years of professional experience. Excellent verbal and written fluency in both the Greek and English language. Perform phone interpretation, video transcription as well as simultaneous (SI) and consecutive (CI) interpreting and sight-translation. Adhere to the Interpretation Standard and the Code of Ethics for Interpreters. Experienced in observing tact and discursion for dealing with confidential information. Exceptional social skills and the ability to work with a wide range of people from various backgrounds, using superb customer service and communication skills. Familiar with how to use electronic listening equipment. Clear enunciation and pronunciation. Use of a pleasant and professional voice and polite forms of expression. Authorized by the NJDMV to interpret the certified written test and translate Greek drivers' licenses. Worked for various interpreting companies, as well as, attorneys and medical professionals, in NJ, PA, and DE, NY. Very careful listener to conversations and provide verbatim interpretation. Communicate very well with judges, attorneys, doctors, as well as communicating very well with the Greek community. Ability to work in a fast-paced environment and multi-task. Worked extensively with Greek government, insurance, banking and law in Greece. Greek interpreter for the National Language Service Corps.

## <u>Academic Studies</u>

March 2019                Pennsylvania Court Interpreting Orientation. Extensive two-day orientation in PA to acquire certification in Pennsylvania. Emphasis on standards of professional responsibility, criminal procedures, role-play, and memorization practices.

February 2019                Delaware Court Interpreting Orientation. One-day orientation in DE to acquire certification in the Delaware courts. Emphasis on the judicial procedures, court protocol, ethics.

February 2019                Department of Defense, Defense Language Institute for the American Council of Education, Fort Dix, NJ. Defense Language Proficiency Test (DLPT 5). Tested at a 2+, working proficiency, for both reading and listening in the Greek language.

December 2018                Continuing Education Online Seminar for Advanced Consecutive Practice. Online course for consecutive interpretation. Memory-visualization, note taking, intonation and expression.

November 2018                Continuing Education Online Seminar for Advanced Simultaneous Practice. Online course for simultaneous interpretation. Fluid listening concentration, speed and performance.

February 2018                New Jersey Oral Proficiency Interview. Overall score of 12 Superior, which is at a Master level. ACTFL live, telephonic interview. Internationally recognized assessment of speaking proficiency.

August 2012                New Jersey Court Interpreting Orientation. Protocol and policies of court interpreting. Knowledge, skills, abilities to perform as a resisted court interpreter.

May 2012                New Jersey Court Interpreting Spoke English Proficiency Test. Scored at a Master level with an overall score of 80. Sentence mastery, vocabulary, fluency, and pronunciation.

January 2012                New Jersey Court Interpreting Written Exam. Tested at a Master level with 86%. English vocabulary, court-related terms and usage, ethics and professional conduct.

2010                Capella University                Masters studies in Child Psychology. Completed five courses in studies pertaining to child psychology. Child and Adolescent Development,

Educational Psychology, Foundations of Theory and Practice, Lifespan Development, and Ethics and Multicultural Issues of Psychology.

1988-1990              Stockton University, Pomona, NJ            Bachelor of Science in Marketing
International/Multicultural Studies, Strategic Marketing, Quantitative Analysis, Statistics, etc.

1986-1988              Cumberland County College, Vineland, NJ   Associates in Science Business


**Professional Experiences**

2018-Present    Greek Interpreter for the DE Courts
- Interpreted via Skype to Greece for a high-profile trial
- Interpreted in Superior and Family Courts

2017-Present    Greek Interpreter for the PA Courts
- Interpreted in Superior, Commonwealth, Common Pleas, and Minor Courts

2012-Present    Greek Interpreter for the NJ Courts
- Interpreted in Superior Court, Appellate Division, Tax Court, and Municipal
- Cases have involved Criminal, Civil, and Family issues
- Transcribed video surveillance for a NJ Prosecutor
- Interpreted for over a hundred trials

2011-2016       Founder and Owner, Think Greek Grill & Yogurt Bar, Glassboro, NJ
- Responsible for all marketing and management of Restaurant
- Managed and trained 30 employees, both part time and full time
- All food items on the menu were based on my recipes
- Responsible for payroll
- Design of the menu, décor, advertising
- Customer service oriented
- Responsible for all social media content
- Established rewards program
- Accounting
- Order all food and drink items for the restaurant
- Inventory

2006-Present    Owner fast food seasonal restaurant, To Steki tou Stamati, Lipsi, Greece
- Re-designed an existing establishment from ground up
- Designed the placement of all equipment, electrical and plumbing
- Responsible for brining back a tradition of a Village Dance which lasts all night into the next day with approximately 2,000 people in attendance
- Management of seasonal employees
- Ordering of all food and drink products from other islands
- Designed the menu and social media platform

2006-Present    Owner rental property in Greece
- Manage a four-bedroom home
- Coordinate with various travel agencies
- Established high end clientele
- Management of all financials
- Knowledge of all the new laws pertaining to rental property

- Contact with lawyers, accountants and various other government entities involved in operation a rental property in Greece

2004-2005     St. Anthony's Greek Church, Administrative Assistant, Vineland, NJ
- Worked one on one with the Parish Priest
- Responsible for weekly and monthly newsletters
- Coordinated needs with the Parish Council
- Established a record keeping system for the parish
- Responsible for the calendar for the parish

2002-2006     Independent Contractor for Greek Telephonic Interpretation- Part Time
- Received calls from all over the United States
- Interpreted for hospitals, prisons, court, Doctor's, Attorney's

2002-2015     Manager Multi Unit Commercial Property, Vineland, NJ
- Responsible for all the maintenance requirements for the building
- Renovated the store front and changed the use
- Dealt with all the inspectors, and city officials on anything pertaining to the change of use issues
- Managed all the financials for the building
- Interviewed renters and chose the appropriate tenants

2000-Present     Independent Contractor Greek interpreter/translator/transcriptions
- Simultaneous Interpretation
- Consecutive Interpretation
- Sight Translation
- Conference Interpreting
- Translation of various document
- Transcription of video and audio

1997-2002     Founder and Owner, Enwrapture Body Salon, Bryn Mawr, PA
- Designed salon
- Exclusive rights to product for Montgomery County, PA area as well as Greece and Cyprus
- Managed a staff of 20 employees
- Coordinated schedules
- Marketing, design, advertising
- Was on all major news outlets, ABC, NBC, and CBS with my demonstration of the product
- Very high-end clientele

**LEADERSHIP**

I have had many leadership roles in my career.  Owned and operated numerous businesses in the last 25 years.  President of Greek school, PTO, and our Greek youth group.  Volunteer for various groups in the Greek Church. My extensive travels to Greece for work, have cemented my abilities in the Greek culture.  I am an avid reader of both Greek and English books.  The love of language is something that I have always been proud of.  Perusing continuous studies in the field of interpreting and translation.

**Disclosure as to Expert Witness Valentina Bren-Buzil**

The Government anticipates that it may call Valentina Bren-Buzil, a court-certified Russian-language interpreter, to testify based on her experience and training regarding English-language translations of written communications and documents.  Ms. Bren-Buzil has not testified as an expert in the last four years. A copy of Ms. Bren-Buzil's *curriculum vitae* is attached hereto as Exhibit F.

Date: February  28 , 2025

*Valentina Bren-Buzil*
**Valentina Bren-Buzil**

# EXHIBIT F

**Bren-Buzil, Valentina**
**M.A., World Languages**

**Interpreter and Translator**

15 Muirfield Road
Jackson, NJ 08527, USA

E-mail: Asphodyl@aol.com
Cell: (732) 322-3190

| Working Languages: | Russian – A, Ukrainian – A<br>English – B<br>Russian – native<br>Ukrainian - native<br>English – near native |
|---|---|
| Translation/Interpretation: | Russian-English-Russian<br>Ukrainian-English-Ukrainian |

**Certification:**

- **Master level interpreter and translator of Russian and Ukrainian, approved by and registered with the Administrative Office of New Jersey Courts;**
- **Certified by the Delaware Administrative Office of the Courts, District of Columbia Courts, North Carolina Administrative Office of the Courts, Tennessee Administrative Office of the Courts, Supreme Court of Ohio, Wyoming Judicial Branch, and the Administrative Office of Pennsylvania Courts;**
- **Registered Interpreter for the New York State Unified Court System.**
- **Contract Federal Court Interpreter with both Russian and Ukrainian (NY, NJ, PA, CA, and CT);**
- **Russian translation test score 5/5/5 (highest possible) by the Testing Division of the Washington Language Institute, Washington, DC;**
- **Russian and Ukrainian DLPT5 score 3 (highest possible);**
- **ILR skill level in interpretation: Level 5 (Master Professional Performance) (highest possible);**
- **ATA Certified translator;**
- **Subject matter expert and a rater for national credentialing program for interpreters providing language expert services to the Consortium for Language Access in the Courts at the National Center for State Courts.**

**Membership:**

- **International Association of Professional Translators and Interpreters,**
- **National Language Service Corp.,**
- **National Association of Judiciary interpreters and Translators,**
- **American Translators Association, and**
- **Delaware Valley Translators Association**

**Fields of expertise**: law, business, finance, politics, medicine, agriculture, literature, religion, history

WORK HISTORY:

1998-present     *Free-lance Interpreter and Translator*     Simultaneous and consecutive interpretation services to Federal Court, State Department, New Jersey, New York, Delaware, District of Columbia, Vermont, Ohio, Connecticut, and Pennsylvania Judicial systems, DoD, the London Court of International Arbitration, Open World Leadership Center at the Library of Congress, Russian-American Rule of Law Consortium, Department of Energy, PJM Interconnection, NERC, FERC, Professional Fighters League, numerous private companies, individuals, medical institutions, governmental and non-governmental organizations, publishing houses, and law offices, such as Financial Times, Power Play Products, Inc., TUSA, Inc., American Airlines, and many others. Language expert for the Consortium for Language Access in the Courts at the National Center for State Courts. Subject matter expert and a rater for national credentialing program for interpreters. Extensive experience in remote interpreting via Zoom, Webex, Microsoft Teams, etc., both in simultaneous and in consecutive modes.

<u>1994-1998</u>    Global Languages, Inc., New York    *Executive Vice-President*    Supervised company's activities, hired and fired personnel, conducted daily correspondence, participated in negotiations; developed and designed catalogues, business plans, in charge of quality control, actual interpretation, both consecutive and simultaneous, voice-overs, translation, proofreading and editing.

<u>1991-1995</u>    USI International, New York    *Director, Translator, and Interpreter* Supervised daily operations of the Business School in cooperation with Long Island University, Brooklyn, NY. Provided direct control of the school's academic activities and extracurricular program, responsible for hiring and firing translators and interpreters, actual interpreting and translating, conducting negotiations, drafting contracts and agreements, and acting as an international liaison for the company's president.

<u>1991-1993</u>    Zurab Tsereteli's Project "Columbus", New York    *Interpreter and Translator*

<u>1991</u>    Refugee Support Agency "Caritas", Lugano, Switzerland    *Interpreter and Translator*

<u>1989-1991</u>    *Free-lance Interpreter and Translator*    Tel Aviv, Jerusalem Israel    Criminal appeal Ivan John Demjanjuk vs the State of Israel, simultaneous interpreter; interpreted for top Israeli officials such as President of Israel Chaim Hertzog, head of the Jewish Agency Simkha Dinitz, President of the World Zionist Council Kaplan, and institutions: Jerusalem Film Festival – simultaneous interpreter; Habima National Theater – translator, proofreader, editor and interpreter; Bar Ilan University – trained a group of Russian <-> English interpreters.

<u>1987-1990</u>    Dialog Agency, Kyiv, Ukraine    *Interpreter and Translator, Teacher of English*    Interpreting and translating services for numerous companies both in Ukraine and abroad: Premier Global group, USA; Canadian Broadcasting Corporation, Canada; Analekta-Digital, Canada; Scandinavian Interexpo, Sweden, Hobart, Austria at trade shows, exhibitions, negotiations, conferences, training courses, etc. The work also involved teaching English.

<u>1988-1990</u>    Torsteknik AB, Torsaas, Sweden, Kyiv, Ukraine    *Interpreter and Translator*    Interpreted at trade shows and business negotiations both in Ukraine, Russia and Sweden. Worked at the training course on welding equipment, during testing and installation of robotic welding equipment both in the USSR and in Sweden, translated technical and reference materials, manuals, publications, texts and speeches, provided proofreading and editing, and maintained correspondence.

<u>1985-1989</u>    State Committee for Cinematography    *Simultaneous Interpreter and Translator*    Interpretation of movies both with and without script, at press conferences, shows, exhibitions and negotiations, voice-overs, translation.

<u>1984-1989</u>    Institute for Plant Physiology and Genetics    *Interpreter and Translator*    Translated scientific materials and articles, provided proofreading and editing, interpreted at scientific conferences and exhibitions, in charge of international contacts.

<u>1980-1984</u>    Ministry for Housing, Kyiv, Ukraine    *Interpreter and Translator*    Translation of scientific and technical articles and documents, proofreading, editing, interpreting at conferences, meetings and negotiations.

<u>1977-1980</u>    Bureau of International Youth Tourism "Sputnik", Kyiv, Ukraine    *Interpreter and Guide*    Interpreted at conferences on international youth movement, worked in international summer camps and as a guide during sightseeing tours all around USSR.

EDUCATION:

**Rutgers University, Intensive Simultaneous Interpreting Course and Intensive Course in Court Interpreting**
Summer Semester 2007, New Brunswick, NJ, USA
**City Courses for Foreign languages, Italian Course**    1984-1986    Kyiv, Ukraine
Graduated with high honors
**Kyiv National Linguistic University** 1975-1980, Kyiv, Ukraine Major – English and French – teaching, translating, interpreting
Graduated Summa Cum Laude
**The degree is equivalent to MA in World Languages and Education**