UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREY KOSTIN,<br>  a/k/a "Andrei Kostin,"<br><br>VADIM WOLFSON,<br>  a/k/a "Vadim Belyaev," and<br><br>GANNON BOND,<br><br>              Defendants. | S2 24 Cr. 91 (GHW)<br><br>**Declaration of<br>Emily Deininger** |

EMILY DEININGER, pursuant to Title 28, United States Code, Section 1746, declares the following under penalty of perjury:

1. I am an Assistant United States Attorney at the United States Attorney's Office, Southern District of New York ("USAO-SDNY"). I am one of the Assistant United States Attorneys responsible for the above captioned matter.

2. True and accurate copies of affidavits publicly filed by defendant VADIM WOLFSON, a/k/a "Vadim Belyaev," in a civil proceedings before the Supreme Court of the State of New York, County of New York, are attached hereto as Exhibits A, B, and C. Specifically: Exhibit A is a true and accurate copy of an affidavit from Wolfson dated February 24, 2017; Exhibit B is a true and accururate copy of an affidavit from Wolfson

dated November 6, 2020; and Exhibit C is a true and accurate copy of an affidavit from Wolfson filed on February 5, 2021.

Dated: April 18, 2025
New York, New York

    */s/ Emily Deininger*
Emily Deininger
Assistant United States Attorney
United States Attorney's Office
Southern District of New York