

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/18/2025
```

June 17, 2025

**MEMORANDUM ENDORSED**

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   **United States v. Andrey Kostin et al.,**
            **24 Cr. 91 (GHW)**

Dear Judge Woods:

      The Government respectfully writes, with the consent of defense counsel, to request an adjournment *sine dine* of the June 20, 2025, suppression hearing and the related pre-hearing deadline of June 17, 2025, for disclosure of Section 3500 and Rule 26.2 materials in light of ongoing discussions among the parties regarding a pre-trial disposition of this matter. The Government further writes to update the Court that its review of search warrant executions in this case remains ongoing. The Government will provide the Court with a status update within the next week.

                                             Respectfully submitted,

                                             JAY CLAYTON
                                             United States Attorney

                         By:   */s/*_____
                               Emily Deininger
                               David R. Felton
                               Alexandra Rothman
                               Assistant United States Attorneys
                               (212) 637-2472 / -2299 / -2580

cc:    Counsel of Record (by ECF)

---

Application granted. The parties' June 17, 2025 request to adjourn *sine die* the suppression hearing scheduled for June 20, 2025 and the related pre-hearing deadline of June 17, 2025 for disclosure of Section 3500 and Rule 26.2 materials, Dkt. No. 218., is granted. The suppression hearing scheduled for June 20, 2025 and the related pre-hearing deadline of June 17, 2025 for disclosure of Section 3500 and Rule 26.2 materials are each adjourned *sine die*. The Government is directed to provide a status update by no later than June 25, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 218.

SO ORDERED.
Dated: June 18, 2025
New York, New York       *[signature]*
                             GREGORY H. WOODS
                             United States District Judge