

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2025

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Andrey Kostin et al.,**
                **24 Cr. 91 (GHW)**

Dear Judge Woods:

      The Government respectfully writes to provide the Court with a status update pursuant to the Court's order of June 18, 2025 (Dkt. 220). Since the Government's last update on June 17, 2025, the parties have been engaged in good faith, productive discussions regarding a potential pre-trial disposition of this matter. The Government anticipates that it will be in a position to provide the Court with a further status update no later than July 2, 2025, and so requests, with the consent of defense counsel, that the Court extend its stay of all pending pretrial deadlines from June 26, 2025 until at least July 3, 2025 (Dkt. 226).

                                  Respectfully submitted,

                                    JAY CLAYTON
                                  United States Attorney

                       By:   /s/
                                Emily Deininger
                                David R. Felton
                                Alexandra Rothman
                                Assistant United States Attorneys
                                (212) 637-2472 / -2299 / -2580

cc:      Counsel of Record (by ECF)