

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2025

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Andrey Kostin et al.,**
                **24 Cr. 91 (GHW)**

Dear Judge Woods:

      The Government respectfully writes to provide the Court with a status update pursuant to the Court's order of June 26, 2025 (Dkt. 230). Since the Government's last update on June 25, 2025, the parties have agreed to deferred prosecution agreements in this matter. The parties thus jointly request that the Court adjourn all pending deadlines, including the August 11, 2025 trial, *sine die*. The parties will promptly contact the Court's Chambers regarding next steps, including scheduling any conferences regarding the deferred prosecution agreements.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney

                        By:   */s/*
                            Emily Deininger
                            David R. Felton
                            Alexandra Rothman
                            Assistant United States Attorneys
                            (212) 637-2472 / -2299 / -2580

cc:    Counsel of Record (by ECF)