UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>VADIM WOLFSON,<br><br>Defendant. | <u>NOLLE PROSEQUI</u><br><br>S2 24 Cr. 91 (GHW) |

1. The United States respectfully submits this motion seeking dismissal with prejudice of the charges in this case. The filing of this *nolle prosequi* will dispose of this case with respect to defendant VADIM WOLFSON.

2. On February 20, 2024, WOLFSON was charged in three counts in each of two, five-count Indictments: Indictment, 24 Cr. 91 and Superseding Indictment, S2 24 Cr. 91 (collectively, the "Indictments"), each charging WOLFSON with one count of conspiring to violate the International Emergency Economic Powers Act ("IEEPA"), in violation of Title 50, United States Code, Section 1705, Executive Order 13661, and Title 31, Code of Federal Regulations, Section 589.201; and two counts of violating IEEPA, in violation of Title 50, United States Code, Section 1705, Executive Order 13661, Title 31, Code of Federal Regulations, Section 589.201, and Title 18, United States Code, Section 2.

3. On July 10, 2025, WOLFSON and the Government entered into a deferred prosecution agreement (the "Agreement"). Pursuant to the Agreement, the prosecution of WOLFSON on the Indictments was to be deferred for a period of one year, and the Government would move to dismiss the charges against the defendant with prejudice upon completion of the deferred prosecution period as long as the defendant complied with his obligations under the

Agreement.

4. The Government, upon consultation with a representative of Pretrial Services, has determined that WOLFSON has complied with his obligations under the Agreement to date, and, therefore, now moves to dismiss the Indictments with prejudice as to WOLFSON.

5. In light of the foregoing, the Government recommends that an order of *nolle prosequi* be filed as to defendant VADIM WOLFSON.

*/s/ Emily Deininger*
Emily Deininger
David Felton
Assistant United States Attorneys
(212) 637-2472 / 2299

Dated: New York, New York
July 13, 2026

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant VADIM WOLFSON, with Indictment, 24 Cr. 91 (GHW) and Superseding Indictment, S2 24 Cr. 91 (GHW).

JAY CLAYTON
United States Attorney
Southern District of New York

Dated: New York, New York
July 20, 2026

SO ORDERED:

________________________________
HON. GREGORY H. WOODS
United States District Judge
Southern District of New York

Dated: New York, New York
July ___, 2026